# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Vanguard Healthcare, LLC, ) | Case No. 16-03296 |
| Vanguard Healthcare Services, LLC ) | |
| Vanguard Financial Services, LLC ) | |
| Aurora Australis, LLC ) | |
| Boulevard Terrace, LLC ) | |
| Eldercare of Jackson County, LLC ) | |
| Elderscript Services, LLC ) | |
| Glen Oaks, LLC ) | |
| Palace RBS, LLC ) | |
| Shady Lawn, LLC ) | |
| Vanguard of Ashland, LLC ) | |
| Vanguard of Church Hill, LLC ) | |
| Vanguard of Crestview, LLC ) | |
| Vanguard of Manchester, LLC ) | |
| Vanguard of Memphis, LLC ) | |
| Vanguard of Ripley, LLC ) | |
| Vicksburg Convalescent, LLC ) | |
| Whitehall OpCo, LLC ) | |
| ) | |
| Six Cadillac Dr., Suite 310 ) | |
| Brentwood, TN 37027 ) | |
| Debtors. | |

**ORDER SETTING EXPEDITED HEARING ON FIRST DAY MOTIONS**

This is before the Court upon the Joint Motion by the above Chapter 11 Debtors for an expedited hearing on certain motions filed by the Debtors regarding certain immediate issues involving the administration of these cases. It appearing to the satisfaction of the Court that cause exists to grant this Expedited Motion, it is

ORDERED that the Court will hold a hearing on the following Motions filed by the Debtor on May ____, 2016, commencing at _____, Courtroom _____, 701 Broadway, Nashville, TN:

    a. Motion to Administratively Consolidate Affiliated Cases and Approve Case Management Procedures (Docket No. 3);

    b. Motion for Authority to Pay Prepetition Employee Salaries, Wages, Expenses, Benefits and Related Deductions (Docket No. 5).

    c. Motion for Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection (Docket No. 4)

    d. Motion to Maintain and Use Debtors' Existing Bank Accounts and Checks (Docket No. 6)

    e. Motion to Approve Adequate Assurance Procedures for Utilities (Docket No. 7

    g. Motion to Approve Employment of BMC Group as Noticing Agent (Docket No. 8)

**This Order Was Signed And Entered Electronically As Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ William L. Norton III.*
William L. Norton III
BRADLEY
1600 Division St., Suite 700
Nashville, TN  37203
615-252-2397
bnorton@bradley.com

*Attorneys for Debtors*