IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VANGUARD HEALTHCARE, LLC, *et al.*[1] | ) | Case No. 16-03296 |
| | ) | Chapter 11 |
| Six Cadillac Dr., Suite 310 | ) | Judge Mashburn |
| Brentwood, TN 37027 | ) | |
| Debtors. | ) | Jointly Administered |

Hearing: February 14, 2017 at 9:00 am

## NOTICE OF PROPOSED REVISIONS TO DISCLOSURE STATEMENT

Notice is hereby provided of the proposed revisions to the Debtors' Disclosure Statement originally filed November 30, 2016, which is scheduled for hearing on February 14, 2017. The Debtors reserve the right to make further revisions to the Disclosure Statement, which will be announced at the hearing.

Respectfully Submitted,

*/s/ William L. Norton III*
William L. Norton III (TN 10075)
BRADLEY
1600 Division St., Suite 700
Nashville, TN 37203
615-252-2397

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC (1046); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

bnorton@bradley.com

*Attorneys for Debtors*

Certificate of Service

      The undersigned hereby certifies that on the 10th day of February, 2017, the foregoing document was automatically served via the Courts electronic filing system to those parties registered to receive electronic filings in this case.

      */s/ William L. Norton III*