# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:                       )

                               )

**VANGUARD HEALTHCARE, LLC,** *et al.*[1]  )      **Case No. 16:03296**

                               )      **Chapter 11**

      **Debtors.**                )      **Administratively Consolidated**

                               )      **Judge Mashburn**

## ORDER SETTING HEARING ON EXPEDITED MOTION FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO TERMINATE PORTIONS OF THE STIPULATED FINAL ORDER AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION, AND GRANTING RELATED RELIEF

This matter is before the Court on the expedited Motion filed by the Official Committee of Unsecured Creditors (the "Committee") to Terminate Portions of the Stipulated Final Order Authorizing Debtors' Limited Use of Cash Collateral, Granting Adequate Protection, and Granting Related Relief ("Motion"). Based on the information in the Motion, the Court finds that the Committee's request for an expedited hearing is well-founded, and

IT IS HEREBY ORDERED THAT the hearing on the Motion is set for February ___, 2017 at __:00 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, Tennessee, and

IT IS FURTHER ORDERED THAT any objection to the relief requested in the Motion shall be filed through the Court's ECF system on or before February ____, 2017.

> This order was signed and entered electronically as indicated at the top of the first page.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC

APROVED FOR ENTRY BY:

/s/ Glenn B. Rose
Glenn B. Rose
Paul G. Jennings
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Tel  (615) 742-6273
Fax (615) 742-0464
E-mail:  pjennings@bassberry.com
          grose@bassberry.com
*Attorneys for the Official Committee
of Unsecured Creditors*

---

(9650); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).