Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 2/16/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Vanguard Healthcare, LLC, *et al.*,[1] | ) | Case No. 16-03296 |
| | ) | Chapter 11 |
| Six Cadillac Dr., Suite 310 | ) | Judge Mashburn |
| Brentwood, TN 37027 | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING DISCLOSURE STATEMENT AND
FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
OF DEBTOR'S AMENDED PLAN OF REORGANIZATION,
COMBINED WITH NOTICE THEREOF**

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtors on November 30, 2016 and an Amended Disclosure Statement having been filed by the Debtors (Docket No. 968), referring to the Debtors' First Amended Plan of Reorganization dated February 14, 2017 (the "Amended Plan") (Docket No. 967); and

It appearing to the satisfaction of the Court upon the statements of counsel for the Debtors at the hearing held on February 14, 2017 that all objections to the adequacy of information in the Disclosure Statement have been resolved in the form of the Debtors' Amended Disclosure Statement, and accordingly, it having been determined after hearing on notice that the Debtors'

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

Amended Disclosure Statement contains adequate information relating to the Debtors' Amended Plan,

IT IS ORDERED, and notice is hereby given that:

1. The Debtor's Amended Disclosure Statement filed February 15, 2017 is approved.

2. **March 17, 2017** is fixed as the last day for filing written acceptances or rejections to the Debtors' Amended Plan.

3. Within three days after the entry of this Order, a copy of this Order, the Debtor's Amended Plan, the Debtor's Amended Disclosure Statement relating to the Amended Plan, and appropriate ballots conforming to Official Form No. 314, shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr P. 3017(d) and Local Rules. The counting rules for the submitted ballots proposed by the Debtors in the Debtors' Amended Disclosure Statement are approved.

4. **March 17, 2017** is fixed as the last day for filing and serving, pursuant to Fed. R. Bankr P. 3020(b)(1), written objections to the confirmation of the Debtor's Amended Plan.

5. **March 28, 2017** at 9:00 a.m., Courtroom One, 701 Broadway, Nashville, Tennessee is fixed as the first hearing date for the confirmation of the Debtor's Amended Plan and any objections to the Debtors' *Motion to Assume Real Property Leases* (Docket No. 670), which hearing will serve as a pretrial conference to the extent that there are unresolved objections to the Amended Plan. To the extent that an evidentiary hearing will be necessary, a second hearing date will be held on **April 20, 2017** at 9:00 a.m., Courtroom One, 701 Broadway, Nashville, Tennessee.

*This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page*

APPROVED FOR ENTRY:

*/s/ William L. Norton III*
William L. Norton, III (# 10075)
James B. Bailey (*pro hac vice*)
BRADLEY

1600 Division St., Suite 700
Nashville, Tennessee 37203
(615) 252-2397
(615) 252-6397 (fax)
bnorton@bradley.com
jbailey@bradley.com

Certificate of Service

The undersigned hereby certifies that on the 15th day of February, 2017, the foregoing document was automatically served via the Courts electronic filing system to those parties registered to receive electronic filings in this case.

*/s/ William L. Norton III*

7/3938457.1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.