*Randal S. Mashburn*
U.S. Bankruptcy Judge
Dated: 2/21/2017



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VANGUARD HEALTHCARE, LLC, *et al.*[1] | ) | Case No. 16-03296 |
| | ) | Chapter 11 |
| Six Cadillac Dr., Suite 310 | ) | Judge Mashburn |
| Brentwood, TN 37027 | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER SETTING HEARING
## ON EXPEDITED MOTION FOR SECHEDULING CONFERENCE

This is before the Court upon the Expedited Motion of Healthcare Financial Solutions, LLC and the Debtors ("Expedited Scheduling Motion") to schedule a hearing on February 21, 2017 to consider pre-trial deadlines and procedures for the evidentiary hearing on the *Expedited Motion Filed By The Official Committee Of Unsecured Creditors To Terminate Portions Of The Stipulated Final Order Authorizing Debtors' Limited Use Of Cash Collateral, Granting Adequate Protection, And Granting Related Relief* [Docket No. 961] (the "Committee Termination Motion") filed by the Official Committee of Unsecured Creditors (the "Committee"). It appearing that cause exists to hold an expedited scheduling conference on the Committee Termination Motion without further notice or hearing, it is

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC (1046); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

QB\44052294.2

ORDERED that the Court will hold a hearing on the Expedited Scheduling Motion on February 21, 2017, commencing at _9:00 am, Courtroom One, 701 Broadway, Nashville, TN 37203.

**This Order Was Signed And Entered Electronically As Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ William L. Norton III*
William L. Norton III (TN 10075)
BRADLEY
1600 Division St., Suite 700
Nashville, TN 37203
615-252-2397
bnorton@bradley.com
*Attorneys for Debtors*


QUARLES & BRADY LLP


*/s/ Robert P. Harris*
John A. Harris (admitted *pro hac vice*)
Robert P. Harris (admitted *pro hac vice*)
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: 602-229-5200
Facsimile: 602-229-5690
Email: john.harris@quarles.com
Email: robert.harris@quarles.com

-and-

ADAMS AND REES LLP
Charles W. Cook, III (No. 14274)
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Telephone: 615-259-1450
Facsimile: 615-259-1470
Email: charles.cook@arlaw.com

Attorneys for Healthcare Financial Solutions, LLC

2

QB\44052294.2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:16-bk-03296   Doc 995   Filed 02/22/17   Entered 02/22/17 06:49:43   Desc Main
Document      Page 2 of 2