*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 2/24/2017



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Vanguard Healthcare, LLC, *et al.*,[1] | ) | Case No. 16-03296 |
| | ) | Chapter 11 |
| Six Cadillac Dr., Suite 310 | ) | Judge Mashburn |
| Brentwood, TN 37027 | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER EXTENDING DEBTORS' EXCLUSIVE SOLICITATION PERIOD

This matter is before the Court upon the Motion to Extend Debtors' Exclusive Solicitation Period (the "Motion") (Docket No. ~~862~~ 867) filed by the Debtors seeking entry of an order, pursuant to 11 U.S.C. § 1121(d), extending the exclusivity period for the Debtors to seek acceptances of their Joint Plan of Reorganization dated November 30, 2016, as it may be amended (the "Plan"). It appearing that notice of this Motion was provided by the Debtors pursuant to Local Rule 9013-1 and that there were no objections to the entry of the proposed order accompanying the Motion, it is,

ORDERED that the period for the Debtors to seek acceptances of the Plan is extended pursuant to § 1121(d)(2)(B) to March 31, 2017.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC (1046); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

**This Order Was Signed And Entered Electronically As Indicated At The Top Of The First Page**

**APPROVED FOR ENTRY:**

/s/ *William L. Norton III*
William L. Norton III (TN 10075)
James B. Bailey (*pro hac vice*)
BRADLEY
1600 Division St., Suite 700
Nashville, TN 37203
Tel: (615) 252-2397
bnorton@bradley.com
jbailey@bradley.com
***Attorneys for the Debtors***

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

7/3956028.1