## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VANGUARD HEALTHCARE, LLC, *et al.*,[1] | ) | Case No. 16-03296 |
| Six Cadillac Dr., Suite 310 | ) | Chapter 11 |
| Brentwood, TN 37027 | ) | Judge Mashburn |
| Debtors. | ) | |
| | ) | Jointly Administrated |
| | | Hearing: May 16, 2017 |

## REVISED PRETRIAL ORDER REGARDING CONFIRMATION OF DEBTORS'
## AMENDED JOINT PLAN OF REORGANIZATION

This is before the Court upon the motion (the "Motion") by the Official Committee of

Unsecured Creditors (the "Committee") to continue the confirmation hearing on the Debtors' First

Amended Plan of Reorganization dated February 14, 2017 (the "Amended Plan") scheduled to

commence on June 14, 2017. Present at the hearing were counsel for the Debtors, the Committee,

the U.S. Trustee and Healthcare Financial Solutions, LLC ("HFS"). It appearing from the statements

of counsel at the hearing that an agreement has been reached regarding the continuance of the

confirmation hearing on the Amended Plan and the scheduling of pretrial matters, and it further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC
(3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare
of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397);
Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC (1046);
Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050);
Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

appearing that no other party objecting to the Amended Plan has filed any objection to the Motion, and thus the Motion should be granted as set forth herein, it is

ORDERED as follows:

1.     The Court will hold a hearing on the confirmation of the Debtors' Amended Plan beginning on Tuesday, **August 1, 2017** commencing at 1:30 pm, Courtroom One, 701 Broadway, Nashville, TN, and continuing on **August 2, 2017** and, if necessary, August 4, 2017.  If the Court's calendar on August 3, 2017 is freed up, the Court may order the commencement of the hearing to begin on August 2, 2017 at 9:30 am and continue on August 3, 2017.

2.     The Debtors provided its expert reports on May 9, 2017.  Expert reports by the Committee, HFS or any other objecting parties will be due **June 7, 2017** and any reply expert reports will be due **June 30, 2017**.  The Debtors and the Committee may hire experts as a cost of the litigation without having to seek prior Court approval of a professional under § 327.  The cost and expenses of the experts may be included in the fees applications of applicable counsel.

3.     Discovery will be completed on or before **July 21, 2017** and the period to respond to discovery under the Federal Rules of Civil Procedure is reduced to fifteen (15) days.  Any party with unresolved disputes regarding written discovery will file a motion to compel or other appropriate motion no later than **June 1, 2017** and a hearing on any such motion will be held during the Court's motion docket to be held on June 13, 2017 beginning at 9:00 am, Courtroom One, 701 Broadway, Nashville, TN.  Responses to any such discovery motion will be due on **June 9, 2017**.

4.     Final lists of witnesses and exhibits for use at trial and any stipulations will be due on **July 21, 2017** (each party will submit its final list to the other parties by that date).    In numbering exhibits, the following numbers should be used:   Committee (1000); Healthcare

Financial Solutions (2000); Debtors (3000); U.S. Trustee (4000); United States and the State of Tennessee (5000). Any others should contact Debtors' counsel to coordinate exhibit numbering.

5. Pretrial briefs should be filed on or before **July 26, 2017**.

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**.

APPROVED FOR ENTRY:

*/s/ William L. Norton III*
William L. Norton III (TN # 10075)
James Bailey (pro hac vice)
BRADLEY
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 252-2397
bnorton@bradley.com
*Counsel for Debtors*


*/s/ Paul G. Jennings*
Paul G. Jennings (BPR # 014367)
Glenn B. Rose (BPR # 010598)
BASS BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6273 (telephone)
(615) 742-6293 (facsimile)
Email: grose@bassberry.com
*Counsel to Official Committee of*
*Unsecured Creditors*


QUARLES & BRADY LLP

*/s/ Robert P. Harris*
John A. Harris (admitted *pro hac vice*)
Robert P. Harris (admitted *pro hac vice*)
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: 602-229-5200
Facsimile: 602-229-5690
Email: john.harris@quarles.com
Email: robert.harris@quarles.com

-and-

ADAMS AND REES LLP
Charles W. Cook, III  (No. 14274)
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Telephone:  615-259-1450
Facsimile:  615-259-1470
Email: charles.cook@arlaw.com
*Attorneys for Healthcare Financial Solutions, LLC*