Vanguard of Memphis (Poplar Point) 3

| Name | Schedule F | Proof of Claim | Allowed Amt | Comments |
|---|---|---|---|---|
| ACCURATE HEALTHCARE INC | $ 372.54 | | $ 372.54 | |
| ADP LLC | $ 4,138.27 | | $ 4,138.27 | |
| AIR GAS | $ 105.70 | | $ 105.70 | |
| ALLSCRIPTS | $ 1,461.54 | | $ 1,461.54 | |
| ALPINE BOTTLED WATER | $ 84.37 | | $ 84.37 | |
| Ambassador Construction LLC | $ 30,447.50 | $ 72,927.61 | $ 72,927.61 | |
| AMERICAN DATA | $ 3,535.26 | | $ 3,535.26 | |
| AMERICAN HEALTHTECH | $ 697.17 | | $ 697.17 | |
| ANGELA D. WATSON | $ 3,000.00 | | $ - | Paid |
| ASSURANT EMPLOYEE BENEFITS | $ 72.40 | | $ 72.40 | |
| AT&T | $ 1,140.62 | | $ 1,140.62 | |
| AT&T Mobility | $ 438.78 | | $ 438.78 | |
| AVGUY.COM | $ 790.00 | | $ 790.00 | |
| BAPTIST MEMORIAL HOSPITAL | $ 903.41 | | $ 903.41 | |
| BD LOGISTICS | $ 142.52 | | $ 142.52 | |
| Beecher Carlson | $ 2,436.98 | | $ - | Paid |
| BHC-LTC INSURANCE LTD. | $ 294,794.08 | | $ 294,794.08 | |
| BINSWANGER GLASS COMPANY | $ 268.18 | | $ 268.18 | |
| BIOTECH SYSTEMS | $ 352.25 | | $ 352.25 | |
| BRANSON ELECTRIC | $ 270.00 | | $ 270.00 | |
| BTW TRANSPORTATION | $ 300.00 | | $ 300.00 | |
| BUDGET PUMPING SERVICE, INC. | $ 135.00 | | $ 135.00 | |
| CAMPBELL CLINIC PC | $ 419.54 | | $ 419.54 | |
| Carrie E. Yancey | $ - | $ 90,000.00 | | Personal Injury Claim |
| CASS INFORMATION SYSTEMS INC | $ 591.20 | | $ 591.20 | |
| Cassand Dodson | $ 15.38 | | $ 15.38 | |
| CHRIS PHILLIPS DISTRIBUTING, LLC | $ 177.02 | | $ 177.02 | |
| CIT - CHICAGO | $ 256.58 | | $ 256.58 | |
| City of Memphis | | $ 38,429.69 | | Paid by Property Tax Escrow |
| COMP BENEFITS INS. - CD | $ 1,753.22 | | $ 1,753.22 | |
| COMPBENEFITS - VS | $ 1,534.12 | | $ 1,534.12 | |
| COMPREHENSIVE MEDICAL LLC | $ 112.16 | | $ 112.16 | |
| CONSOLIDATED MEDICAL STAFFING, INC | $ 21,000.00 | | $ 21,000.00 | |
| COVIDIEN | $ 1,100.00 | | $ 1,100.00 | |
| CURASPAN HEALTH GROUP INC | $ 2,700.00 | | $ 2,700.00 | |
| DAKOTA CORP | $ 325.00 | | $ 325.00 | |
| DELTA MEDICAL CENTER | $ 95.12 | | $ 95.12 | |
| DIRECT SUPPLY | $ 4,946.44 | $ 6,868.25 | $ 5,217.19 | $1651.06 allowed as administrative claim |
| ECOLAB INSTITUTIONAL | $ 316.77 | | $ 316.77 | |
| ELDERSCRIPT SERVICES | $ 775.84 | | $ 775.84 | |
| EMERGENCY MOBILE HEALTH CARE, LLC | $ 16,800.00 | | $ 16,800.00 | |
| EMPLOYMENT SCREENING SERVICES | $ 1,791.25 | | $ 1,791.25 | |
| EPS PRINT SOLUTIONS, INC. | $ 45.45 | $ 45.45 | $ 45.45 | |
| EVERGREEN REHABILITATION | $ 89,818.62 | | $ 89,818.62 | |
| FEDERAL EQUIPMENT DEALERS INC | $ 1,073.44 | | $ 1,073.44 | |
| FIRST CALL AMBULANCE SERVICE | $ 894.46 | | $ 894.46 | |
| GAMMA HEALTHCARE | $ 1,114.89 | | $ 1,114.89 | |
| GENERAL PLUMBING CO.INC | $ 105.00 | | $ 105.00 | |
| GRAINGER | $ 1,157.34 | $ 1,085.32 | $ 1,085.32 | |
| HD SUPPLY FACILITIES MAINTENANCE LTD | $ 4,695.82 | | $ 4,695.82 | |
| Healthcare Services Group, c/o Craig Hir | $ 117,385.71 | $ 87,183.03 | $ 87,183.03 | |
| Internal Revenue Service | $ - | $ 700.00 | $ - | Disputed |
| INTERNATIONAL BUSINESS SOLUTIONS ALLIANC | $ 1,246.04 | | $ 1,246.04 | |
| JOHNSTONE SUPPLY | $ 1,107.27 | | $ 1,107.27 | |
| JUST MEDICAL INC | $ 3,147.88 | | $ 3,147.88 | |
| Life Insurance Company of America | $ 288.10 | | $ 288.10 | |
| LINDE GAS NORTH AMERICA | $ 4,511.73 | | $ 4,511.73 | |
| MANAGEMENT AND NETWORK SERVICE, LLC | $ 3,750.00 | | $ 3,750.00 | |
| MATTHEW ELECTRICAL CONTRACTOR INC | $ 1,380.00 | | $ 1,380.00 | |
| MEDIC ONE MEDICAL RESPONSE | $ 15,139.05 | | $ 15,139.05 | |
| MEDLINE INDUSTRIES INC | $ 67,886.29 | $ 95,053.01 | $ 53,811.68 | Agreed Order |
| MEMPHIS LIGHT GAS & WATER | | $ 16,118.35 | | Paid |
| METHODIST HEALTH CARE MEMPHIS HOSPITALS | $ 177.15 | | $ 177.15 | |
| National Datacare Corporation | $ 2,364.55 | | $ 2,364.55 | |
| NCS HEALTHCARE OF TENNESSEE INC (OMNICARE) | | $ 6,496.70 | $ 6,496.70 | |
| NOVACOPY | $ 5,178.72 | | $ 5,178.72 | |
| ON HOLD CONCEPTS INC | $ 50.00 | | $ 50.00 | |
| PATTERSON MEDICAL | $ 186.57 | | $ 186.57 | |
| PITNEY BOWES GLOBAL FINANCIAL | $ 1,129.19 | | $ 1,129.19 | |
| POINTCLICKCARE | $ 7,126.52 | $ 6,901.52 | $ 6,901.52 | |
| PROVIDIGM LLC | $ 690.00 | | $ 690.00 | |
| QUALITY MOBILE X-RAY SERVICES INC | $ 2,009.05 | | $ 2,009.05 | |
| RECALL SECURE DESTRUCTION INC | $ 2,515.36 | | $ 2,515.36 | |
| RECOVER CARE | $ 16,686.14 | | $ 16,686.14 | |

| Creditor | Amount 1 | Amount 2 | Amount 3 | Notes |
|---|---|---|---|---|
| RIDGE LAKE AMBULATORY SURGERY CENTER PLL | $ 928.65 | | $ 928.65 | |
| ROBINSON AND ASSOCIATES PC | $ 260.00 | | $ 260.00 | |
| S & S WORLDWIDE | $ 136.02 | | $ 136.02 | |
| SEMMES-MURPHEY CLINIC | $ 73.53 | | $ 73.53 | |
| SHELBY COUNTY TRUSTEE | | $ 55,147.45 | | Paid by Property Tax Escrow |
| SHERWIN WILLIAMS 7367 | $ 380.92 | | $ 380.92 | |
| Shirley Roberts | $ - | $ 105,000.04 | $ - | Personal Injury Claim |
| SIMPLEX GRINNELL | $ 4,482.05 | | $ 4,482.05 | |
| STANLEY CONVERGENT SECURITY SOLUTIONS | $ 2,557.09 | | $ 2,557.09 | |
| STAPLES BUSINESS ADVANTAGE | $ 3,458.13 | | $ 3,458.13 | |
| SUWANNEE MEDICAL PERSONNEL | $ 4,261.34 | | $ 4,261.34 | |
| SYMPHONY DIAGNOSTIC SERVICES NO 1 (MOBILEX) | | $ 398.46 | $ 398.46 | |
| SYSCO-MEMPHIS | $ 30,481.69 | $ 41,710.21 | $ 24,806.21 | $16,904 allowed as admin. claim |
| THINK A NEW | $ 2,623.11 | | $ 2,623.11 | |
| TIGERDIRECT | $ 681.33 | | $ 681.33 | |
| TRANE | $ 4,594.04 | | $ 4,594.04 | |
| U.S. FOOD SERVICE | $ 25,468.15 | | $ 35,407.67 | Agreed Order |
| UNITED ELEVATOR SERVICES , LLC | $ 185.00 | | $ 185.00 | |
| UPCHURCH INDUSTRIAL | $ 17,977.10 | | $ 17,977.10 | |
| UT MEDICAL GROUP INC | $ 246.71 | | $ 246.71 | |
| VERIZON | $ 39.00 | | $ 39.00 | |
| Walter Nelson, Estate of Joyce Nelson | $ - | $ 750,000.00 | $ - | Personal Injury Claim |
| WEST CLINIC PC | $ 11,148.93 | | $ 11,148.93 | |
| WHITE HEAD OIL CO. INC. | $ 1,348.15 | | $ 1,348.15 | |
| YULETIDE OFFICE SUPPLY INC | $ 720.00 | | $ 720.00 | |
| | $ 865,507.49 | | $ 869,406.26 | |