IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Vanguard Healthcare, LLC, *et al.* [1] | ) | Case No. 16-03296 |
| | ) | Chapter 11 |
| 9020 Overlook Blvd, Suite 202 | ) | Judge Mashburn |
| Brentwood, TN 37027 | ) | |
| Debtors. | ) | Jointly Administered |
| | | Hearing: January 2, 2018 |

### ORDER GRANTING SECOND OMNIBUS MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT EXECUTORY CONTRACTS

This matter came before the Court upon Vanguard Healthcare, LLC's and its affiliated debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") omnibus motion to reject certain agreements (the "Omnibus Motion") (Docket No. 2160).[2] It appearing to the satisfaction of the Court that notice of the Omnibus Motion was provided pursuant to Local Rule 9013-1 on November 29, 2017, and that there were no objections to the Omnibus Motion, and accordingly the Omnibus Motion should be granted, it is

ORDERED as follows:

1. The Debtors are authorized to reject the Agreements identified in the attached schedule, pursuant to § 365 of the Bankruptcy Code, and the Agreements (as previously

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC (9650); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

[2] Unless otherwise defined, all capitalized terms shall have the meanings provided in the Omnibus Motion.

or subsequently amended or modified) are hereby deemed rejected as of the date of the filing of the Omnibus Motion.

2. To the extent one or more of the Debtors did not previously terminate any one or more of the Agreements, such Agreements (as previously or subsequently amended or modified) shall be deemed terminated as of the date of the filing of the Omnibus Motion.

3. This Order is without prejudice to any of the Debtors' rights, claims, and defenses with respect to any claim for rejection damages or any other claims any party may file against one or more of the Debtors.

4. The Omnibus Motion and this Order shall not be deemed an admission by the Debtors that the Agreements are executory contracts or unexpired leases under § 365 of the Bankruptcy Code.

5. This Order is effective and enforceable immediately upon entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ William L. Norton III*
William L. Norton, III (# 10075)
James B. Bailey (*pro hac vice*)
BRADLEY
1600 Division St., Suite 700
Nashville, Tennessee 37203
(615) 252-2397
(615) 252-6397 (fax)
bnorton@bradley.com
jbailey@bradley.com

*Attorneys for Debtors*

| Counterparty | Debtor | Description |
|---|---|---|
| ADP LLC<br>1851 N. Resler<br>El Paso, TX  79912 | Vanguard Healthcare Services, LLC | Master Services Agreement<br>Dated April 1, 2010 |
| Aramark Refreshment Services, LLC<br>c/o CT Corp. System<br>800 S. Gay St.<br>Ste. 2021<br>Knoxville, TN  37929 | Vanguard Healthcare Services, LLC | Beverage Service Agreement |
| Cass Information Systems, Inc.<br>Attn: Cheryl Roberts<br>10401 Deerwood Park Blvd.<br>Suite 2350, Bldg. 2<br>Jacksonville, FL  32256 | Vanguard Healthcare Services, LLC | Program Agreement<br>Dated April 29, 2013 |
| CIT Finance LLC<br>c/o Bankruptcy Processing Solutions, Inc.<br>PO Box 593007<br>San Antonio, TX  78259 | Vanguard Healthcare, LLC | CIT Lease Contract #900-0203270-000<br>Model:  Konica Minolta B652<br>Serial: 2WU011001209 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Vanguard of Ashland, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Aurora Australis, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Boulevard Terrace, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Vanguard of Church Hill, LLC | Agreement<br>Dated October 23, 2015 |

| Counterparty | Debtor | Description |
|---|---|---|
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Eldercare of Jackson County, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Glen Oaks, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Vanguard of Manchester, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Vanguard of Memphis, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Vanguard of Ripley, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Shady Lawn, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Vicksburg Convalesvent, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Vanguard Healthcare Services, LLC | Agreement<br>Dated October 23, 2015 |
| Music City Power & Generation<br>1100 Foster Ave<br>Nashville, TN  37210 | Whitehall OpCo, LLC | Agreement<br>Dated October 23, 2015 |

| Counterparty | Debtor | Description |
|---|---|---|
| Rimar Properties at Del Mar, LLC<br>c/o James J. Webb<br>1200 Weston Road<br>Penthouse<br>Weston, FL  33326 | Whitehall OpCo, LLC | Lease Dated October 4, 2010 Previously removed from Schedule G at Docket No. 1793 |
| Select Medical Rehabilitation Services, Inc.<br>Attn: President<br>2455-C McMullen Booth Rd.<br>Clearwater, FL 33759 | Boulevard Terrace, LLC | Therapy Services Agreement Dated May 1, 2011 |
| Select Medical Rehabilitation Services, Inc.<br>Attn: President<br>2455-C McMullen Booth Rd.<br>Clearwater, FL 33759 | Eldercare of Jackson County, LLC | Therapy Services Agreement Dated May 1, 2011 |
| Select Medical Rehabilitation Services, Inc.<br>Attn: President<br>2455-C McMullen Booth Rd.<br>Clearwater, FL 33759 | Vanguard of Manchester, LLC | Therapy Services Agreement Dated May 1, 2011 |
| Zirmed, Inc.<br>626 West Main Street<br>6th Floor<br>Louisville, KY  40202 | Vanguard Financial Services, LLC | Subscriber Agreement Dated April 22, 2009 |