*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 1/17/2018



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VANGUARD HEALTHCARE, LLC, *et al.*[1] | ) | Case No. 16-03296 |
| | ) | Chapter 11 |
| 9020 Overlook Blvd, Suite 202 | ) | Judge Mashburn |
| Brentwood, TN 37027 | ) | |
| Debtors. | ) | Jointly Administered |
| | | Hearing: Jan. 23, 2018 |

## ORDER GRANTING DEBTORS' FIFTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (CLAIMS RESOLVED THROUGH ALTERNATIVE DISPUTE RESOLUTION OR OTHERWISE SATISFIED)

This matter came before the Court upon the *Debtors' Fifth Omnibus Objection to Proofs of Claim (Claims Resolved Through Alternative Dispute Resolution or Otherwise Satisfied)* (Docket No. 2195) (the "Objection").[2] It appearing to the satisfaction of the Court that notice of the Objection was provided pursuant to Local Rules 3007-1 and 9013-1 on December 11, 2017, that there were no responses to the Objection, and that the Objection should be granted for the reasons stated in the Objection, it is

ORDERED as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC (1046); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

[2] Unless otherwise defined, all capitalized terms shall have the meanings provided in the Objection.

1. The Objection is GRANTED.

2. The Resolved Claims listed on Schedule 1 hereto are disallowed in their entirety. ~~and shall be stricken and expunged from the claims registers in the Debtors' Chapter 11 cases.~~

3. The Debtors' objection to each Resolved Claim addressed in the Objection constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This Order shall be deemed a separate Order with respect to each Resolved Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. The Debtors' rights are reserved to file future objections to claims asserted in proofs of claim that have been or may subsequently be filed in the Chapter 11 cases, or claims that may be listed on the Debtors' schedules, on the grounds set forth in the Objection or any other appropriate grounds under applicable law.

5. Without limiting the foregoing, the Debtors shall retain and shall have the right to object in the future to any of the proofs of claim listed on Schedule 1 hereto on any additional or supplemental grounds, to object in the future to any other proof of claim filed by any claimant whose claim is a Resolved Claim, and to seek to amend, modify, and/or supplement this Order as may be necessary.

6. Nothing contained herein shall constitute, nor shall it be deemed to constitute, allowance of any claim asserted against the Debtors, including, but not limited to the Resolved Claims.

7. The Court shall retain jurisdiction over the Debtors and any claimant whose claim is a Resolved Claim with respect to any matters related to or arising from the Objection or the implementation of this Order.

8. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

9. The Debtors' noticing agent, BMC Group, is hereby directed to serve this Order on the claimants identified in Schedule 1.

**This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page**

APPROVED FOR ENTRY:

*/s/ William L. Norton, III*_____
William L. Norton, III (#10075)
James B. Bailey (*pro hac vice*)
BRADLEY
1600 Division St., Suite 700
Nashville, Tennessee 37203
(615) 252-2397
(615) 252-6397 (fax)
bnorton@bradley.com
jbailey@bradley.com

*Attorneys for Debtors*

# SCHEDULE 1

| Claim Number | Creditor Name | Case Number | Case Name | Claim Amount |
|---|---|---|---|---|
| 96 & 152 | Majida Masarwa | 16-03296 | Vanguard Healthcare, LLC | $650,000 as reduced to $7,920.00 |
| 116 | Sherry Rich, on behalf of the Estate and Wrongful Death Beneficiaries of Sybil Rich | 16-03296 | Vanguard Healthcare, LLC | $750,000.00 |
| 29 | Sherry Rich, on behalf of the Estate and Wrongful Death Beneficiaries of Sybil Rich | 16-03297 | Vanguard Healthcare Services, LLC | $750,000.00 |
| 15 | Sherry Rich, on behalf of the Estate and Wrongful Death Beneficiaries of Sybil Rich | 16-03308 | Eldercare of Jackson County, LLC | $750,000.00 |
| 83 | Michelle Kidwell, as Personal Representative of the Estate of Michelle Minio | 16-03296 | Vanguard Healthcare, LLC | Unliquidated |
| 17 | Michelle Kidwell, as Personal Representative of the Estate of Michelle Minio | 16-03322 | Whitehall OpCo, LLC | Unliquidated |
| 154 | David Calhoun, Administrator of the Estate of Fred Calhoun | 16-03296 | Vanguard Healthcare, LLC | $500,000.00 |
| 16 | Betty Wade, Administratrix ad Litem of Estate of Alvie Inez Phipps, Deceased, and on behalf of the wrongful death beneficiaries of Alvie Inez Phipps | 16-03306 | Elderscript Services, LLC | $92,999.97 |

| | | | | |
|---|---|---|---|---|
| 15 | Betty Wade, Administratrix ad Litem of Estate of Alvie Inez Phipps, Deceased, and on behalf of the wrongful death beneficiaries of Alvie Inez Phipps | 16-03317 | Vanguard of Manchester, LLC | $92,999.97 |
| 105 | Betty Wade, Administratrix ad Litem of Estate of Alvie Inez Phipps, Deceased, and on behalf of the wrongful death beneficiaries of Alvie Inez Phipps | 16-03296 | Vanguard Healthcare, LLC | $92,999.97 |
| 21 & 22 | Betty Wade, Administratrix ad Litem of Estate of Alvie Inez Phipps, Deceased, and on behalf of the wrongful death beneficiaries of Alvie Inez Phipps | 16-03297 | Vanguard Healthcare Services, LLC | $92,999.97 |
| 13 | Betty Wade, Administratrix ad Litem of Estate of Alvie Inez Phipps, Deceased, and on behalf of the wrongful death beneficiaries of Alvie Inez Phipps | 16-03298 | Vanguard Financial Services, LLC | $92,999.97 |
| 14 | Lisa Baltimore, Administratrix ad Litem of Estate of Johnny Wayne Stegall, deceased and on behalf of the wrongful death beneficiaries of Johnny Wayne Stegall | 16-03306 | Elderscript Services, LLC | $119,999.97 |
| 16 | Lisa Baltimore, Administratrix ad Litem of Estate of Johnny Wayne Stegall, deceased and on behalf of the | 16-03317 | Vanguard of Manchester, LLC | $119,999.97 |

| | | | | |
|---|---|---|---|---|
| | wrongful death beneficiaries of Johnny Wayne Stegall | | | |
| 108 | Lisa Baltimore, Administratrix ad Litem of Estate of Johnny Wayne Stegall, deceased and on behalf of the wrongful death beneficiaries of Johnny Wayne Stegall | 16-03296 | Vanguard Healthcare, LLC | $119,999.97 |
| 25 | Lisa Baltimore, Administratrix ad Litem of Estate of Johnny Wayne Stegall, deceased and on behalf of the wrongful death beneficiaries of Johnny Wayne Stegall | 16-03297 | Vanguard Healthcare Services, LLC | $119,999.97 |
| 16 | Lisa Baltimore, Administratrix ad Litem of Estate of Johnny Wayne Stegall, deceased and on behalf of the wrongful death beneficiaries of Johnny Wayne Stegall | 16-03298 | Vanguard Financial Services, LLC | $119,999.97 |
| 15 | Shirley Roberts, as Next Friend of Florida Wright, an incapacitated person | 16-03306 | Elderscript Services, LLC | $105,000.04 |
| 18 | Shirley Roberts, as Next Friend of Florida Wright, an incapacitated person | 16-03318 | Vanguard of Memphis, LLC | $105,000.04 |
| 109 | Shirley Roberts, as Next Friend of Florida Wright, an incapacitated person | 16-03296 | Vanguard Healthcare, LLC | $105,000.04 |
| 26 | Shirley Roberts, as Next Friend of Florida Wright, an incapacitated person | 16-03297 | Vanguard Healthcare Services, LLC | $105,000.04 |

| 17 | Shirley Roberts, as Next Friend of Florida Wright, an incapacitated person | 16-03298 | Vanguard Financial Services, LLC | $105,000.04 |
|---|---|---|---|---|
| 12 | John Elliott, surviving spouse and next of kin of Sarah Katherine Sowell Elliott and on behalf of the wrongful death beneficiaries of Sarah Katherine Elliott | 16-03306 | Elderscript Services, LLC | $87,000.04 |
| 15 | John Elliott, surviving spouse and next of kin of Sarah Katherine Sowell Elliott and on behalf of the wrongful death beneficiaries of Sarah Katherine Elliott | 16-03316 | Vanguard of Crestview, LLC | $87,000.04 |
| 94 | John Elliott, surviving spouse and next of kin of Sarah Katherine Sowell Elliott and on behalf of the wrongful death beneficiaries of Sarah Katherine Elliott | 16-03296 | Vanguard Healthcare, LLC | $87,000.04 |
| 19 | John Elliott, surviving spouse and next of kin of Sarah Katherine Sowell Elliott and on behalf of the wrongful death beneficiaries of Sarah Katherine Elliott | 16-03297 | Vanguard Healthcare Services, LLC | $87,000.04 |
| 11 | John Elliott, surviving spouse and next of kin of Sarah Katherine Sowell Elliott and on behalf of the wrongful death beneficiaries of Sarah Katherine Elliott | 16-03298 | Vanguard Financial Services, LLC | $87,000.04 |

| 11 | Carrie E. Yancey, Administratrix of Estate of Essie Mae Brown, Deceased, and on behalf of the wrongful death beneficiaries of Essie Mae Brown | 16-03306 | Elderscript Services, LLC | $90,000.00 |
| --- | --- | --- | --- | --- |
| 17 | Carrie E. Yancey, Administratrix of Estate of Essie Mae Brown, Deceased, and on behalf of the wrongful death beneficiaries of Essie Mae Brown | 16-03318 | Vanguard of Memphis, LLC | $90,000.00 |
| 89 | Carrie E. Yancey, Administratrix of Estate of Essie Mae Brown, Deceased, and on behalf of the wrongful death beneficiaries of Essie Mae Brown | 16-03296 | Vanguard Healthcare, LLC | $90,000.00 |
| 18 | Carrie E. Yancey, Administratrix of Estate of Essie Mae Brown, Deceased, and on behalf of the wrongful death beneficiaries of Essie Mae Brown | 16-03297 | Vanguard Healthcare Services, LLC | $90,000.00 |
| 10 | Carrie E. Yancey, Administratrix of Estate of Essie Mae Brown, Deceased, and on behalf of the wrongful death beneficiaries of Essie Mae Brown | 16-03298 | Vanguard Financial Services, LLC | $90,000.00 |

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.