IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VANGUARD HEALTHCARE, LLC, *et al.*[1] | ) | Case No. 16-03296 |
| | ) | Chapter 11 |
| 9020 Overlook Blvd., Ste. 202 | ) | Judge Mashburn |
| Brentwood, TN 37027 | ) | |
| | ) | Jointly Administered |
| Debtors. | | |

**NOTICE OF DEBTORS' DESIGNATION OF EFFECTIVE DATE OF FOURTH AMENDED JOINT PLAN OF REORGANIZATION**

Notice is hereby provided that the Debtors do hereby designate January 31, 2018 as the Effective Date of the Debtors' Fourth Amended Joint Plan of Reorganization dated September 23, 3017 (the "Joint Plan"), a copy of which is attached hereto as <u>Exhibit A</u>.

Respectfully Submitted,

<u>/s/ William L. Norton III</u>
William L. Norton III (TN 10075)
BRADLEY
1600 Division St., Suite 700
Nashville, TN 37203
615-252-2397
bnorton@bradley.com
*Attorneys for Debtors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); vVanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC (1046); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

4819-7155-4139.1
Case 3:16-bk-03296    Doc 2349    Filed 01/31/18    Entered 01/31/18 16:13:00    Desc
                         Main Document    Page 1 of 2

Certificate of Service

      The undersigned hereby certifies that on the 31st day of January, 2018, the foregoing document was automatically served via the Courts electronic filing system to those parties registered to receive electronic filings in this case.

      */s/ William L. Norton III*