# EXHIBIT B

# SUMMARY OF FEE APPLICATION

| | |
|---|---|
| Name of applicant | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. |
| Name of client | Vanguard Debtors |
| Time period covered by this application | November 26, 2017 through January 31, 2018 |
| Total compensation sought this period | $84,737.50 |
| Total expenses sought this period | $1,300.41 |
| Petition Date | May 6, 2016 |
| Retention Date | May 6, 2016 |
| Date of order approving employment | June 21, 2016 |
| Total compensation approved by interim order to date | $1,125,353.93 |
| Total expenses approved by interim order to date | $108,534.87 |
| Total allowed compensation paid to date | $1,123,949.43 |
| Total allowed expenses paid to date | $108,535.87 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this application | 20 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | 9 |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 14 |
| Are any rates higher than those approved or disclosed at retention? | No[1] |

---

[1]  Certain rates were increased in the new year in the ordinary course as is disclosed to clients at the time of retention.

4832-4686-2935 v1
2824736-000247 03/29/2018

# EXHIBIT B-1


BEARMAN, CALDWELL
& BERKOWITZ, PC

BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)  
Michele A. Gocking (magocking@vanguardhc.com)  
Vanguard Healthcare Services, LLC  
9020 Overlook Boulevard, Suite 202  
Brentwood, TN 37027

March 29, 2018  
Bill No.8464603  
Client/Matter: 2824736.000231

CTC

**Client: Vanguard Healthcare, LLC**  
**Matter: Government Investigation of TN Facilities**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 43,370.50 |
| Current Expenses | $ | 100.80 |
| Total Current Amount | $ | 43,471.30 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC**
**Government Investigation of TN Facilities**
Client/Matter: 2824736.000231

**March 29, 2018**
**Bill No. 8464603**
**Page 2 of 10**

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/01/17 | BHB | Provide information regarding ███ | 385.00 | 0.30 | 115.50 |
| 11/26/17 | CTC | Prepare extensively for Motion to Dismiss B. Orand set for Tuesday 11/28 | 415.00 | 5.60 | 2,324.00 |
| 11/27/17 | CGC | Continue to work on responses to discovery requests (both corporate and B. Orand), including ███ | 325.00 | 3.10 | 1,007.50 |
| 11/27/17 | SCS | Working on discovery responses to DOJ's requests ███ | 210.00 | 3.00 | 630.00 |
| 11/27/17 | SCS | Working on responses to DOJ's first discovery requests ███ | 210.00 | 4.30 | 903.00 |
| 11/27/17 | CTC | Final extensive preparations for Motion to Dismiss B. Orand set for Tuesday 11/28 | 415.00 | 8.50 | 3,527.50 |
| 11/27/17 | CTC | Review ███ | 415.00 | 0.30 | 124.50 |
| 11/27/17 | CTC | Follow up with ███ | 415.00 | 0.30 | 124.50 |
| 11/27/17 | CS | Assist C. Crider with preparation of case outline, case notebook, and organization of amended complaint for oral argument on Nov. 28 | 250.00 | 1.60 | 400.00 |
| 11/27/17 | CS | Formulate strategy on responding to discovery requests, asserting privileges, and producing documents not already provided in response to the subpoena | 250.00 | 2.20 | 550.00 |
| 11/27/17 | CS | Craft responses to discovery requests | 250.00 | 1.50 | 375.00 |

**Vanguard Healthcare, LLC**
**Government Investigation of TN Facilities**
Client/Matter: 2824736.000231

**March 29, 2018**
**Bill No. 8464603**
**Page 3 of 10**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/27/17 | CS | Legal research on ██████ | 250.00 | 2.80 | 700.00 |
| 11/28/17 | SCS | Continuing to work on responses to DOJ's first discovery requests ██████ | 210.00 | 5.40 | 1,134.00 |
| 11/28/17 | CTC | Final preparation for and argue Motion to Dismiss B. Orand; send update to ████ re: ████ | 415.00 | 5.50 | 2,282.50 |
| 11/28/17 | CS | Assist C. Crider with legal research on ██████ | 250.00 | 0.70 | 175.00 |
| 11/28/17 | CS | Continue responding to the Government's discovery requests | 250.00 | 3.70 | 925.00 |
| 11/29/17 | SCS | Working on responses to DOJ's first discovery requests ██████ | 210.00 | 6.10 | 1,281.00 |
| 11/29/17 | MRC | Review ██████ | 235.00 | 2.10 | 493.50 |
| 11/29/17 | CTC | Work on document production and ██████ | 415.00 | 2.00 | 830.00 |
| 11/29/17 | CCM | Review ██████ | 220.00 | 2.60 | 572.00 |
| 11/29/17 | CS | Formulate strategy fo ██████ | 250.00 | 0.50 | 125.00 |
| 11/29/17 | CS | Review ██████ | 250.00 | 1.80 | 450.00 |
| 11/29/17 | CS | Legal research on ██████ | 250.00 | 1.40 | 350.00 |

**Vanguard Healthcare, LLC**
**Government Investigation of TN Facilities**
Client/Matter:  2824736.000231

**March 29, 2018**
**Bill No.  8464603**
**Page 4 of 10**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/29/17 | CS | Review ██████████ █████████ ████████ craft responses and objections regarding ██ | 250.00 | 2.90 | 725.00 |
| 11/30/17 | SCS | Working on responses to DOJ's first discovery requests ████████ | 210.00 | 4.80 | 1,008.00 |
| 11/30/17 | MRC | Review ██████ | 235.00 | 3.20 | 752.00 |
| 11/30/17 | CCM | Review ████████████ | 220.00 | 6.80 | 1,496.00 |
| 11/30/17 | CS | Edit and finalize responses to interrogatories and requests for production and submit to C. Crider | 250.00 | 1.80 | 450.00 |
| 11/30/17 | CS | Receive and review emails from █ regarding ████████ | 250.00 | 0.30 | 75.00 |
| 11/30/17 | CS | Attend conference call  regarding strategy for █████████ | 250.00 | 1.20 | 300.00 |
| 11/30/17 | CS | Review documents ████████ | 250.00 | 0.80 | 200.00 |
| 11/30/17 | CS | Redact ██████ | 250.00 | 1.20 | 300.00 |
| 11/30/17 | CS | Review documents responsive to ██ and draft ████ | 250.00 | 0.70 | 175.00 |
| 11/30/17 | CTC | Work on document production ████ | 415.00 | 3.50 | 1,452.50 |

**Vanguard Healthcare, LLC**
**Government Investigation of TN Facilities**
Client/Matter: 2824736.000231

**March 29, 2018**
**Bill No. 8464603**
**Page 5 of 10**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/01/17 | CCM | Review ▮▮▮▮▮▮▮ | 220.00 | 1.70 | 374.00 |
| 12/01/17 | CTC | Work on discovery response and communicate with ▮▮▮▮ re: ▮▮ | 415.00 | 2.50 | 1,037.50 |
| 12/01/17 | CCM | Review ▮▮▮▮▮▮ | 220.00 | 0.70 | 154.00 |
| 12/01/17 | CS | Review file and post-hearing brief ▮▮▮▮▮▮ | 250.00 | 0.60 | 150.00 |
| 12/01/17 | CS | Redact ▮▮▮▮▮ | 250.00 | 0.40 | 100.00 |
| 12/01/17 | CS | Review redactions and prepare PDFs for upload to share file | 250.00 | 1.50 | 375.00 |
| 12/01/17 | CGC | Receive update on document production | 325.00 | 0.20 | 65.00 |
| 12/03/17 | CTC | Telephone call with ▮▮▮▮; draft correspondence to E. McIntyre re not contacting Dr. Watson | 415.00 | 0.50 | 207.50 |
| 12/03/17 | CTC | Draft/revise discovery responses | 415.00 | 1.50 | 622.50 |
| 12/04/17 | CGC | Conference with ▮▮▮▮ | 325.00 | 0.30 | 97.50 |
| 12/04/17 | SCS | Compile ▮▮▮▮▮▮ | 210.00 | 2.50 | 525.00 |
| 12/04/17 | CTC | Work on finalizing discovery responses | 415.00 | 1.00 | 415.00 |
| 12/04/17 | CS | Call with ▮▮▮▮ regarding ▮▮ | 250.00 | 0.60 | 150.00 |
| 12/04/17 | CS | Receive and review draft of discovery responses from ▮▮▮▮ for accuracy and additions | 250.00 | 0.90 | 225.00 |

**Vanguard Healthcare, LLC**
**Government Investigation of TN Facilities**
Client/Matter: 2824736.000231

**March 29, 2018**
**Bill No. 8464603**
**Page 6 of 10**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/04/17 | CS | Create privilege log ██████ ████ | 250.00 | 0.30 | 75.00 |
| 12/04/17 | CS | Memo to File re: conversation with ████ regarding | 250.00 | 0.40 | 100.00 |
| 12/04/17 | CS | E-mail to ████ regarding the ████████████ | 250.00 | 0.20 | 50.00 |
| 12/04/17 | CS | Receive and review email from ██ regarding ████████ | 250.00 | 0.10 | 25.00 |
| 12/04/17 | CS | Call (no answer) and email to ██ regarding ████████ | 250.00 | 0.30 | 75.00 |
| 12/04/17 | CS | Review documents on privilege log ████████████ | 250.00 | 1.20 | 300.00 |
| 12/04/17 | CGC | Review final discovery responses from ██ | 325.00 | 0.40 | 130.00 |
| 12/05/17 | CGC | Review ████████ | 325.00 | 0.40 | 130.00 |
| 12/05/17 | CGC | Conference with ████ and ██ regarding ██████ | 325.00 | 0.40 | 130.00 |
| 12/06/17 | CTC | Work on dates for judicial settlement conference | 415.00 | 0.30 | 124.50 |
| 12/06/17 | CS | Formulate strategy on ████████ | 250.00 | 0.40 | 100.00 |
| 12/07/17 | CS | Email to ████████ | 250.00 | 0.10 | 25.00 |
| 12/09/17 | CTC | Work on discovery issues | 415.00 | 0.50 | 207.50 |
| 12/11/17 | CS | E-mail ████████ to set up call re: ████ | 250.00 | 0.20 | 50.00 |
| 12/11/17 | CS | Receive and review email from ████ re: ██████ | 250.00 | 0.20 | 50.00 |
| 12/11/17 | JLD | Briefly review governments' objection to liquidating plan to identify any information relevant to pending FCA proceedings | 305.00 | 0.30 | 91.50 |

**Vanguard Healthcare, LLC**
**Government Investigation of TN Facilities**
Client/Matter: 2824736.000231

**March 29, 2018**
**Bill No. 8464603**
**Page 7 of 10**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/12/17 | SCS | Work on determining ████████ ████████████████████ | 210.00 | 0.20 | 42.00 |
| 12/12/17 | CTC | Correspondence re: ███████████ ████████████████████████ | 415.00 | 1.00 | 415.00 |
| 12/12/17 | CS | Review file for documents regarding ████████ and send to C. Crider | 250.00 | 0.30 | 75.00 |
| 12/13/17 | SCS | Review of file ████████████████ ████████████████ | 210.00 | 0.50 | 105.00 |
| 12/13/17 | CGC | Research ████████████ | 325.00 | 0.60 | 195.00 |
| 12/13/17 | CTC | Travel to Manchester; meeting with ███████; return travel | 415.00 | 3.40 | 1,411.00 |
| 12/13/17 | CTC | Work on mediation dates | 415.00 | 0.30 | 124.50 |
| 12/14/17 | CTC | Work on ████████████████████ ██████ and call with ██████ re: ██████; work on setting mediation | 415.00 | 1.50 | 622.50 |
| 12/14/17 | CGC | Give instructions regarding ██████ ████████████████████ | 325.00 | 0.20 | 65.00 |
| 12/15/17 | CTC | Work on ████████████████ | 415.00 | 0.60 | 249.00 |
| 12/21/17 | AKP | Call with ████████ re: ████ ████████████ ; call with ████ re: ████ | 265.00 | 0.60 | 159.00 |
| 01/03/18 | CTC | Receipt and review of information on judicial settlement conference | 425.00 | 0.30 | 127.50 |
| 01/03/18 | CGC | Receive and review notice of settlement conference | 335.00 | 0.20 | 67.00 |
| 01/04/18 | CTC | Correspondence with ██████ re: | 425.00 | 0.20 | 85.00 |
| 01/09/18 | CTC | Begin work on mediation submission | 425.00 | 0.50 | 212.50 |
| 01/10/18 | CTC | Mediation statement planning | 425.00 | 0.30 | 127.50 |
| 01/11/18 | CTC | Draft correspondence to ██████ re: ████████ and begin work on mediation statement | 425.00 | 0.60 | 255.00 |

**Vanguard Healthcare, LLC**
**Government Investigation of TN Facilities**
Client/Matter: 2824736.000231

**March 29, 2018**
**Bill No. 8464603**
**Page 8 of 10**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/11/18 | SCS | Begin compiling information and documents needed for upcoming mediation | 215.00 | 0.80 | 172.00 |
| 01/12/18 | CGC | Conference regarding substance of mediation statement | 335.00 | 0.40 | 134.00 |
| 01/12/18 | CGC | Work on substance of mediation statement, including review and analysis of prior filings and statements and drafting of outline | 335.00 | 1.60 | 536.00 |
| 01/12/18 | CS | Review requirements for mediation statement, review prior mediation statement, and formulate strategy on drafting mediation statement | 215.00 | 1.20 | 258.00 |
| 01/17/18 | CS | Review previously submitted materials for inclusion in the mediation statement | 215.00 | 1.20 | 258.00 |
| 01/18/18 | CS | Begin drafting introduction of Mediation Statement | 215.00 | 1.30 | 279.50 |
| 01/19/18 | CS | Continue drafting Mediation Statement | 215.00 | 6.20 | 1,333.00 |
| 01/19/18 | JLD | Communications with C. Sudbury regarding █████████████████████████ | 315.00 | 0.50 | 157.50 |
| 01/22/18 | CS | Continue drafting mediation statement | 215.00 | 1.40 | 301.00 |
| 01/29/18 | CGC | Work on discovery strategy in preparation for conference with defense team and conduct conference with defense team regarding ██████████████████████████ | 335.00 | 2.70 | 904.50 |
| 01/29/18 | CTC | Prepare for and attend meeting with Bradley team; meeting with C. Collins and S. Sullivan re: strategy going forward | 425.00 | 2.50 | 1,062.50 |
| 01/29/18 | SCS | Prepare for and attend defense team meeting regarding ███████████ ████████████████; compile and update ████████████ | 215.00 | 3.60 | 774.00 |

**Vanguard Healthcare, LLC**  
**Government Investigation of TN Facilities**  
Client/Matter: 2824736.000231

**March 29, 2018**  
**Bill No. 8464603**  
**Page 9 of 10**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/30/18 | CGC | Review electronic discovery production and history to determine next steps for production evaluation | 335.00 | 1.10 | 368.50 |
| | | TOTAL CURRENT FEES | | 148.90 | $ 43,370.50 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| AKP | A K Purvis | 265.00 | 0.60 | 159.00 |
| BHB | B H Bodzy | 385.00 | 0.30 | 115.50 |
| CCM | C C McLaurin | 220.00 | 11.80 | 2,596.00 |
| CGC | C G Collins | 330.17 | 11.60 | 3,830.00 |
| CS | C Sudbury | 241.03 | 44.10 | 10,629.50 |
| CTC | C T Crider | 416.02 | 43.20 | 17,972.00 |
| JLD | J L DeRensis | 311.25 | 0.80 | 249.00 |
| MRC | M R Climo | 235.00 | 5.30 | 1,245.50 |
| SCS | S C Sullivan | 210.71 | 31.20 | 6,574.00 |
| | TOTAL CURRENT FEES | | 148.90 | $ 43,370.50 |

## ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Travel Expenses VENDOR: Christy Tosh Crider; INVOICE#: 112817; DATE: 11/28/2017  -  Reimbursement for parking at Motion to Dimiss hearing | 11/28/17 | 12.00 |
| Firm Courier Charge | 11/29/17 | 42.45 |
| Firm Courier Charge | 11/29/17 | 42.45 |
| Conference Call Expense VENDOR: Soundpath Conferencing; INVOICE#: 9015262000-011218; DATE: 1/12/2018  -  . | 01/12/18 | 3.90 |
| | TOTAL CURRENT EXPENSES | $ 100.80 |

TOTAL CURRENT AMOUNT DUE  $  43,471.30

**Vanguard Healthcare, LLC**
**Government Investigation of TN Facilities**
Client/Matter: 2824736.000231

**March 29, 2018**
**Bill No. 8464603**
**Page 10 of 10**



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

John Fick (jtfick@vanguardhc.com)                                    March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)              Bill No.8464603
Vanguard Healthcare Services, LLC                Client/Matter: 2824736.000231
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027                                                                CTC

**Client: Vanguard Healthcare, LLC**
**Matter: Government Investigation of TN Facilities**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 43,370.50 |
| Current Expenses | $ | 100.80 |
| Total Current Amount | $ | 43,471.30 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-2



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)                                       March 28, 2018
Michele A. Gocking (magocking@vanguardhc.com)                    Bill No.8464419
Vanguard Healthcare Services, LLC                    Client/Matter: 2824736.000243
9020 Overlook Boulevard, Suite 202
Brentwood,  TN  37027                                                               CTC

**Client:  Vanguard Healthcare, LLC**
**Matter:  Bankruptcy Admin for Litigation Matters**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 7,628.50 |
| Total Current Amount | $ | 7,628.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC**
**Bankruptcy Admin for Litigation Matters**
Client/Matter: 2824736.000243

**March 28, 2018**
**Bill No. 8464419**
**Page 2 of 9**

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/27/17 | JLD | Attention to status of alleged claim of M. Parrish in conjunction with analyzing potential claims objections | 305.00 | 0.20 | 61.00 |
| 11/28/17 | JLD | Further attention to issues related to potential claims objections to personal injury claims | 305.00 | 0.30 | 91.50 |
| 11/29/17 | JLD | Attention to issues related to anticipated Effective Date of plan and impact on deadlines for filing claims objections | 305.00 | 0.20 | 61.00 |
| 11/30/17 | JLD | Follow up attention to issues regarding status of underlying litigation related to alleged claim of S. Rich in conjunction with attempting to resolve claims objection regarding same | 305.00 | 0.20 | 61.00 |
| 11/30/17 | JLD | Extensive review and analysis of proofs of ████ ████ email memorandum to J. Bailey and B. Norton summarizing recommendations regarding same | 305.00 | 1.70 | 518.50 |
| 12/01/17 | JLD | Attention to strategy for ████ ████ | 305.00 | 0.30 | 91.50 |
| 12/04/17 | CTC | Correspondence with bankruptcy lawyers re: ████ | 415.00 | 0.30 | 124.50 |
| 12/04/17 | JLD | Review and analysis of potential claims objection related to claim of B. Brown, et. al. | 305.00 | 0.20 | 61.00 |
| 12/04/17 | JLD | Further analysis and strategy related to ████ ████ | 305.00 | 0.30 | 91.50 |

**Vanguard Healthcare, LLC**
**Bankruptcy Admin for Litigation Matters**
Client/Matter: 2824736.000243

**March 28, 2018**
**Bill No. 8464419**
**Page 3 of 9**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/07/17 | JLD | Extensive review and analysis of claims charts prepared by Bradley; identify ███████ ████████████ ████████████████ ██████; communications with J. Bailey regarding same | 305.00 | 1.30 | 396.50 |
| 12/08/17 | JLD | Communications with J. Bailey regarding ███████████ ██████ follow up communications related to same with C. Crider; follow up attention to issues related to same | 305.00 | 0.40 | 122.00 |
| 12/08/17 | JLD | Receipt and review of communications related to claimant's petition to settle claim and distribute proceeds in the underlying litigation as part of resolution and disallowance of claim | 305.00 | 0.20 | 61.00 |
| 12/10/17 | JLD | Draft and revise multiple objections to over fifty claims across multiple debtors and supporting documentation related to same including notices of hearing and proposed orders granting same | 305.00 | 5.80 | 1,769.00 |
| 12/11/17 | JLD | Follow up attention to finalizing claims objections and deadlines for responding to same | 305.00 | 0.80 | 244.00 |
| 12/12/17 | JLD | Receipt and review of correspondence from counsel for D. Calhoun regarding withdrawal of proof of claim and attention to issues related to same | 305.00 | 0.20 | 61.00 |
| 12/12/17 | JLD | Receipt and review of correspondence from counsel for D. Marsh regarding withdrawal of proof of claim and attention to issues related to same | 305.00 | 0.20 | 61.00 |
| 12/12/17 | JLD | Communications with S. Sullivan regarding updates on various issues related to proofs of claim and claims objections | 305.00 | 0.20 | 61.00 |
| 12/13/17 | JLD | Responsive communications to counsel for M. Silver regarding issues related to status of settlement approval | 305.00 | 0.20 | 61.00 |

**Vanguard Healthcare, LLC**
**Bankruptcy Admin for Litigation Matters**
Client/Matter: 2824736.000243

**March 28, 2018**
**Bill No. 8464419**
**Page 4 of 9**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/14/17 | JLD | Finalize Order granting Motion to Approve Compromise and Settlement Agreement with Ari Silver and Heather Wendel, as Personal Representative of the Estate of Marlene Silver; coordinate filing and service of same; attention to issues related to ███████████ | 305.00 | 0.40 | 122.00 |
| 12/15/17 | JLD | Receipt and review of Order granting Motion to Approve Compromise and Settlement Agreement with Ari Silver and Heather Wendel, as Personal Representative of the Estate of Marlene Silver as entered by Court to confirm entry as proposed; further communications regarding ██████████ ████████; receipt and review of Court's change to claim information | 305.00 | 0.20 | 61.00 |
| 12/19/17 | JLD | Communications with opposing counsel in M. Silver matter regarding status of approval of settlement and initial settlement payment | 305.00 | 0.20 | 61.00 |
| 12/22/17 | JLD | Communications with counsel for S. Rich regarding court approval of settlement in underlying litigation as final issue to resolve claims objection regarding same | 305.00 | 0.20 | 61.00 |
| 01/05/18 | JLD | Attention to issues related to ████████████ | 315.00 | 0.20 | 63.00 |
| 01/08/18 | JLD | Conference call with B. Norton regarding status of outstanding issues related to effectiveness of plan | 315.00 | 0.20 | 63.00 |
| 01/08/18 | JLD | Conference call with A. Davis regarding ████████████ ████████████████████ | 315.00 | 0.40 | 126.00 |
| 01/10/18 | JLD | Attention to issues related to responses to filed claims objections and deadlines related to same | 315.00 | 0.30 | 94.50 |

**Vanguard Healthcare, LLC**
**Bankruptcy Admin for Litigation Matters**
Client/Matter: 2824736.000243

**March 28, 2018**
**Bill No. 8464419**
**Page 5 of 9**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/12/18 | JLD | Receipt and review of Notice of Preliminary Hearing and Prehearing Order related to Motion for Relief filed by Megan Leann Parrish and attention to deadlines related to same | 315.00 | 0.20 | 63.00 |
| 01/13/18 | JLD | Review and analyze responses to Objections to proofs of claim related to litigation matters and analyze issues related to same | 315.00 | 0.90 | 283.50 |
| 01/15/18 | JLD | Communications with A. Davis regarding ███████ | 315.00 | 0.10 | 31.50 |
| 01/15/18 | JLD | Communications with local counsel regarding status of settlement on alleged claim of A. Marshall | 315.00 | 0.10 | 31.50 |
| 01/17/18 | JLD | Receipt and review of proposed Order Granting Debtors' Sixth Omnibus Objection to Proofs of Claim to Reduce Claims that Have Been Partially Satisfied and analysis of issues related to same | 315.00 | 0.20 | 63.00 |
| 01/17/18 | JLD | Receipt and review of Order Granting Debtors' Fifth Omnibus Objection to Proofs of Claim (Claims Resolved Through Alternative Dispute Resolution or Otherwise Satisfied) and attention to Court's revisions and impact of same | 315.00 | 0.20 | 63.00 |
| 01/17/18 | JLD | Communications with A. Davis regarding ███████ | 315.00 | 0.20 | 63.00 |
| 01/18/18 | JLD | Receipt and review of numerous communications with Jehl Law Group regarding potential resolution of Debtors' Motion to Reduce Partially Satisfied Settled Claims | 315.00 | 0.20 | 63.00 |
| 01/18/18 | JLD | Analysis regarding issues related to ███████ | 315.00 | 0.20 | 63.00 |
| 01/19/18 | JLD | Receipt and review of further communications with Jehl Law Group regarding potential resolution of Debtors' Motion to Reduce Partially Satisfied Settled Claims | 315.00 | 0.20 | 63.00 |

**Vanguard Healthcare, LLC**                                         **March 28, 2018**
**Bankruptcy Admin for Litigation Matters**         **Bill No. 8464419**
Client/Matter: 2824736.000243                       **Page 6 of 9**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/19/18 | JLD | Review and analyze ██████████████ ██████████████████ ; follow up communications with C. Crider regarding same | 315.00 | 1.60 | 504.00 |
| 01/22/18 | JLD | Draft and revise Agreed Order Continuing Hearings on Motion for Relief from Stay and Objection to Proof of Claim; finalize and coordinate filing and service of same; attention to revised deadlines based on continuance | 315.00 | 0.30 | 94.50 |
| 01/22/18 | JLD | Provide analysis of strategy for ██████████████████████ ██████████████ | 315.00 | 0.30 | 94.50 |
| 01/22/18 | JLD | Follow up attention to issues related to ████████████ | 315.00 | 0.20 | 63.00 |
| 01/22/18 | JLD | Review and analyze Order Regarding Debtors' Sixth Omnibus Objection to Proofs of Claim to Reduce Claims That Have Been Partially Satisfied to resolve objections filed by Jehl Law Group; draft proposed further revisions to same and communications with B. Norton and J. Bailey regarding same | 315.00 | 0.30 | 94.50 |
| 01/22/18 | JLD | Draft proposed order disallowing multiple claims filed by D. Griffith, next of kin to H. Griffith for use in settlement agreement; email memorandum to C. Sudbury regarding issues related to same | 315.00 | 0.60 | 189.00 |
| 01/22/18 | JLD | Conference call with B. Norton regarding issues related to pending claims objections and anticipated timeline for effectiveness of the plan | 315.00 | 0.20 | 63.00 |
| 01/22/18 | JLD | Receipt and review of communications related to potential settlement terms for alleged claim of Navarro | 315.00 | 0.20 | 63.00 |

**Vanguard Healthcare, LLC**
**Bankruptcy Admin for Litigation Matters**
Client/Matter: 2824736.000243

**March 28, 2018**
**Bill No. 8464419**
**Page 7 of 9**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/22/18 | JLD | Multiple communications with J. McKoon (counsel for M. Parrish) regarding issues related to pending claims objection and motion for relief | 315.00 | 0.20 | 63.00 |
| 01/23/18 | JLD | Further investigation into ███████████ | 315.00 | 0.30 | 94.50 |
| 01/23/18 | JLD | Analysis of ███████████ | 315.00 | 0.60 | 189.00 |
| 01/24/18 | JLD | Review Agreed Order Continuing Preliminary Hearing on Motion to Lift Automatic Stay and Hearing on Debtors' Objection to Proof of Claim as entered by Court to confirm entry as proposed; confirm deadlines based on same | 315.00 | 0.10 | 31.50 |
| 01/24/18 | JLD | Follow up attention to issues related to finalization of settlement of claim of D. Griffith, as next of kin to H. Griffith | 315.00 | 0.20 | 63.00 |
| 01/24/18 | JLD | Briefly review and analyze cash collateral issues | 315.00 | 0.20 | 63.00 |
| 01/25/18 | JHR | Telephone call with Lender's counsel re: no objection to use of cash collateral based on Debtors' timing for closing | 480.00 | 0.30 | 144.00 |
| 01/25/18 | JLD | Follow up attention to issues related to finalization of settlement of claim of D. Griffith as next of kin to H. Griffith including review of Confidential Settlement and Release Agreement with attention to bankruptcy provisions | 315.00 | 0.20 | 63.00 |
| 01/25/18 | JLD | Further analysis of ███████████ | 315.00 | 0.20 | 63.00 |

**Vanguard Healthcare, LLC**
**Bankruptcy Admin for Litigation Matters**
Client/Matter: 2824736.000243

**March 28, 2018**
**Bill No. 8464419**
**Page 8 of 9**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/26/18 | JLD | Receipt and review of Agreed Order Regarding Debtors' Sixth Omnibus Objection to Proofs of Claim to Reduce Claims That Have Been Partially Satisfied as entered by Court to confirm compliance with prior agreements | 315.00 | 0.10 | 31.50 |
| 01/29/18 | JLD | Further investigation into ████ ████████ ████ | 315.00 | 0.30 | 94.50 |
| 01/29/18 | JLD | Analysis of potential claim of ████ ████; provide recommendation on issues related to same | 315.00 | 0.20 | 63.00 |
| 01/31/18 | JLD | Receipt and review of Debtors' Designation of Effective Date of Fourth Amended Joint Plan of Reorganization and attention to issues and deadlines related to same | 315.00 | 0.20 | 63.00 |
| | | TOTAL CURRENT FEES | | 24.40 | $ 7,628.50 |

**FEE RECAP**

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| CTC | C T Crider | 415.00 | 0.30 | 124.50 |
| JHR | J H Rowland | 480.00 | 0.30 | 144.00 |
| JLD | J L DeRensis | 309.24 | 23.80 | 7,360.00 |
| | TOTAL CURRENT FEES | | 24.40 | $ 7,628.50 |

TOTAL CURRENT AMOUNT DUE $ 7,628.50



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

John Fick (jtfick@vanguardhc.com)                     March 28, 2018
Michele A. Gocking (magocking@vanguardhc.com)        Bill No.8464419
Vanguard Healthcare Services, LLC          Client/Matter: 2824736.000243
9020 Overlook Boulevard, Suite 202
Brentwood,  TN  37027                                              CTC

**Client:  Vanguard Healthcare, LLC**
**Matter:  Bankruptcy Admin for Litigation Matters**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 7,628.50 |
| Total Current Amount | $ | 7,628.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-3



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)

Michele A. Gocking (magocking@vanguardhc.com)

Vanguard Healthcare Services, LLC

9020 Overlook Boulevard, Suite 202

Brentwood, TN 37027

March 28, 2018

Bill No.8464420

Client/Matter: 2824736.000247

CTC

**Client:  Vanguard Healthcare, LLC**

**Matter:  Employment / Fee Application**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 6,870.50 |
| Total Current Amount | $ | 6,870.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC**
**Employment / Fee Application**
Client/Matter: 2824736.000247

**March 28, 2018**
**Bill No. 8464420**
**Page 2 of 4**

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/29/17 | JLD | Conference with C. Crider regarding issues related to prior fee applications and anticipated need to imminently file fifth interim fee application; follow up communications with B. Norton regarding issues related to same | 305.00 | 0.80 | 244.00 |
| 11/30/17 | CTC | Work on Fee Application | 415.00 | 0.30 | 124.50 |
| 12/01/17 | JLD | Extensive attention to issues related to gathering information required for preparation of Fifth Interim Fee Application | 305.00 | 0.50 | 152.50 |
| 12/03/17 | JLD | Detailed review and analysis of invoices for services rendered with particular attention to confirming compliance with billing requirements in anticipation of filing invoices in support of Fifth Interim Fee Application; begin drafting and revising Fifth Interim Application for Allowance of Fees and Reimbursement of Expenses, proposed order granting same, summary of timekeepers, and summary of fee application | 305.00 | 5.90 | 1,799.50 |
| 12/04/17 | CTC | Work on Fee Application | 415.00 | 0.50 | 207.50 |
| 12/04/17 | JHR | Work on Fifth Interim Fee Application | 465.00 | 2.70 | 1,255.50 |
| 12/04/17 | JLD | Further review and analysis of invoices for services rendered with particular attention to confirming compliance with billing requirements in anticipation of filing invoices in support of Fifth Interim Fee Application | 305.00 | 0.70 | 213.50 |
| 12/05/17 | JHR | Compile and draft exhibits for Fifth Interim Fee Application; conferences with Jaime DeRensis re: same; email correspondence with Bill Norton re: filing and payment protocol based on fee reserve and related issues | 465.00 | 2.90 | 1,348.50 |

**Vanguard Healthcare, LLC**
**Employment / Fee Application**
Client/Matter: 2824736.000247

**March 28, 2018**
**Bill No. 8464420**
**Page 3 of 4**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/05/17 | JLD | Further draft, revise and finalize Fifth Interim Application for Allowance of Fees and Reimbursement of Expenses, proposed order granting same, summary of timekeepers, and summary of fee application and all other pleadings for filing in support of Fifth Interim Application for Allowance of Fees and Reimbursement of Expenses; coordinate filing and service of same | 305.00 | 3.10 | 945.50 |
| 12/08/17 | JLD | Attention to compiling required backup documentation for Fifth Interim Fee Application to provide to Office of the U.S. Trustee; review documentation for required redactions; transmit all requested documentation to Mr. Paul Poole | 305.00 | 0.80 | 244.00 |
| 12/22/17 | JLD | Review and analyze prior fee awards and applications in conjunction with confirming proper application of partial payments and analyzing outstanding amounts to be satisfied | 305.00 | 0.50 | 152.50 |
| 12/27/17 | JLD | Review docket report to confirm no objections to Fifth Interim Fee Application; revise and finalize proposed order granting same; coordinate filing and service of same | 305.00 | 0.30 | 91.50 |
| 12/28/17 | JLD | Review and analyze prior fee awards and applications in conjunction with confirming proper application of partial payments and analyzing outstanding amounts to be satisfied | 305.00 | 0.20 | 61.00 |
| 12/28/17 | JLD | Receipt and review of Order Granting Fifth Interim Fee Application of Baker Donelson as entered by the Court to confirm entry as proposed | 305.00 | 0.10 | 30.50 |
| 01/31/18 | JLD | Attention to issues related to reconciling outstanding amounts due on prior fee applications (no charge) | 0.00 | 0.00 | 0.00 |

|  |  | TOTAL CURRENT FEES | | 19.30 | $ 6,870.50 |

**Vanguard Healthcare, LLC**
**Employment / Fee Application**
Client/Matter: 2824736.000247

**March 28, 2018**
**Bill No. 8464420**
**Page 4 of 4**

**FEE RECAP**

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|------------|-------|--------|
| CTC | C T Crider | 415.00 | 0.80 | 332.00 |
| JHR | J H Rowland | 465.00 | 5.60 | 2,604.00 |
| JLD | J L DeRensis | 305.00 | 12.90 | 3,934.50 |
| | TOTAL CURRENT FEES | | 19.30 | $ 6,870.50 |
| | TOTAL CURRENT AMOUNT DUE | | | $ 6,870.50 |



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

**TAX NO. 62-1047356**

www.bakerdonelson.com

# REMITTANCE

John Fick (jtfick@vanguardhc.com)
Michele A. Gocking (magocking@vanguardhc.com)
Vanguard Healthcare Services, LLC
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027

March 28, 2018
Bill No.8464420
Client/Matter: 2824736.000247

CTC

**Client: Vanguard Healthcare, LLC**
**Matter: Employment / Fee Application**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 6,870.50 |
| Total Current Amount | $ | 6,870.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4A



BAKER
DONELSON
BEARMAN, CALDWELL
& BERKOWITZ, PC

BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

**TAX NO. 62-1047356**

www.bakerdonelson.com

# SUMMARY

John Fick (jtfick@vanguardhc.com)
Michele A. Gocking (magocking@vanguardhc.com)
Vanguard Healthcare Services, LLC
9020 Overlook Boulevard, Suite 202
Brentwood,  TN  37027

March 28, 2018
Bill No.8464416
Client/Matter:  2824736.000001

CTC

**Client:  Vanguard Healthcare, LLC**
**Matter:  General Advice**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 207.50 |
| Total Current Amount | $ | 207.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC**
General Advice
Client/Matter:  2824736.000001

**March 28, 2018**
**Bill No.  8464416**
**Page 2 of 2**

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/19/17 | CTC | Receipt of Poplar Point ruling, briefly review and send same ███████; send same to ████████ | 415.00 | 0.50 | 207.50 |
| | | TOTAL CURRENT FEES | | 0.50 | $    207.50 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| CTC | C T Crider | 415.00 | 0.50 | 207.50 |
| | TOTAL CURRENT FEES | | 0.50 | $    207.50 |

TOTAL CURRENT AMOUNT DUE     $     207.50



BAKER
DONELSON
BEARMAN, CALDWELL
& BERKOWITZ, PC

BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

John Fick (jtfick@vanguardhc.com)
Michele A. Gocking (magocking@vanguardhc.com)
Vanguard Healthcare Services, LLC
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027

March 28, 2018
Bill No.8464416
Client/Matter: 2824736.000001

CTC

**Client: Vanguard Healthcare, LLC**
**Matter: General Advice**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 207.50 |
| Total Current Amount | $ | 207.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4B



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)                                                    March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)                          Bill No.8464606
Vanguard Healthcare Services, LLC                          Client/Matter: 2826155.000002
9020 Overlook Boulevard, Suite 202
Brentwood,  TN  37027                                                                              CTC

**Client:  Vanguard Healthcare, LLC Employment Litigation**
**Matter:  General Employment Advice**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 2,193.50 |
| Total Current Amount | $ | 2,193.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

Case 3:16-bk-03296   Doc 2398-2   Filed 03/30/18   Entered 03/30/18 15:12:40   Desc
Exhibit B - Summary and Invoices   Page 37 of 80

**Vanguard Healthcare, LLC Employment Litigation**         **March 29, 2018**
**General Employment Advice**         **Bill No. 8464606**
Client/Matter: 2826155.000002         **Page 2 of 4**

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/15/17 | A D | Telephone conference with ███ regarding request for ███ and ███ | 265.00 | 0.30 | 79.50 |
| 12/15/17 | A D | Begin draft of ███ and exchange emails with C. Crider and B. Bodzy regarding same | 265.00 | 0.40 | 106.00 |
| 12/18/17 | SCS | Assist in ███ | 125.00 | 0.40 | 50.00 |
| 12/19/17 | A D | Exchange emails with ███ regardin ███ | 265.00 | 0.20 | 53.00 |
| 12/27/17 | A D | Review and exchange emails with ███ regarding ███ | 265.00 | 0.20 | 53.00 |
| 01/03/18 | A D | Final revisions to ███ and exchange emails with ███ regarding same | 265.00 | 0.30 | 79.50 |
| 01/05/18 | A D | Exchange emails with ███ regarding status of ███ | 265.00 | 0.20 | 53.00 |
| 01/05/18 | A D | Email to ███ forwarding ███ | 265.00 | 0.20 | 53.00 |
| 01/05/18 | A D | Lengthy telephone conference call with ███ regarding ███ | 265.00 | 1.20 | 318.00 |
| 01/08/18 | A D | Review and exchange emails with ███ regarding ███ | 265.00 | 0.20 | 53.00 |
| 01/08/18 | A D | Telephone conference with ███ and ███ regarding ███ | 265.00 | 0.40 | 106.00 |

**Vanguard Healthcare, LLC Employment Litigation**
**General Employment Advice**
Client/Matter: 2826155.000002

**March 29, 2018**
**Bill No. 8464606**
**Page 3 of 4**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/08/18 | A D | Review and exchange emails with and regarding | 265.00 | 0.20 | 53.00 |
| 01/10/18 | A D | Complete including as requested by | 265.00 | 1.30 | 344.50 |
| 01/17/18 | A D | Exchange emails with regarding | 265.00 | 0.20 | 53.00 |
| 01/17/18 | A D | Review and exchange emails with J. DeRensis regarding | 265.00 | 0.40 | 106.00 |
| 01/24/18 | A D | Telephone conference with regarding | 265.00 | 1.00 | 265.00 |
| 01/24/18 | E M | Review email correspondence regarding ; prepare pursuant to | 100.00 | 0.50 | 50.00 |
| 01/25/18 | A D | Final review and edits to and exchange emails with regarding | 265.00 | 0.40 | 106.00 |
| 01/30/18 | A D | Review and exchange emails with regarding | 265.00 | 0.20 | 53.00 |
| 01/31/18 | A D | Review and review and exchange multiple emails between regarding same | 265.00 | 0.60 | 159.00 |

TOTAL CURRENT FEES    8.80    $   2,193.50

**Vanguard Healthcare, LLC Employment Litigation**
**General Employment Advice**
Client/Matter: 2826155.000002

**March 29, 2018**
**Bill No. 8464606**
**Page 4 of 4**

### FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|------------:|------:|-------:|
| A D | A Davis | 265.00 | 7.90 | 2,093.50 |
| E M | E McHone | 100.00 | 0.50 | 50.00 |
| SCS | S C Sullivan | 125.00 | 0.40 | 50.00 |
| | TOTAL CURRENT FEES | | 8.80 | $ 2,193.50 |

TOTAL CURRENT AMOUNT DUE      $   2,193.50



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

John Fick (jtfick@vanguardhc.com)                          March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)             Bill No.8464606
Vanguard Healthcare Services, LLC              Client/Matter: 2826155.000002
9020 Overlook Boulevard, Suite 202
Brentwood,  TN  37027                                              CTC

**Client:  Vanguard Healthcare, LLC Employment Litigation**
**Matter:  General Employment Advice**

|                                              |     |          |
|----------------------------------------------|-----|----------|
| Current Professional Services Rendered       | $   | 2,193.50 |
| Total Current Amount                         | $   | 2,193.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4C



BAKER
DONELSON
BEARMAN, CALDWELL
& BERKOWITZ, PC

BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

---

# SUMMARY

Diane Booker                                                    March 28, 2018
Director of HR                                                 Bill No.8464421
Vanguard Healthcare Services, LLC              Client/Matter: 2826155.000076
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027                                                      CTC

ML402211

**Client:  Vanguard Healthcare, LLC Employment Litigation**
**Matter:  Haid, Janice v. Eldercare of Ripley**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 5,909.50 |
| Current Expenses | $ | 987.13 |
| Total Current Amount | $ | 6,896.63 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC Employment Litigation**  
Haid, Janice v. Eldercare of Ripley  
Client/Matter: 2826155.000076

**March 28, 2018**  
**Bill No. 8464421**  
**Page 2 of 3**

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/07/17 | A D | Complete ███████████ and draft email to ███████ and ████ regarding ████ | 265.00 | 0.80 | 212.00 |
| 12/07/17 | A D | Review and exchange emails with ███████ regarding ████ | 265.00 | 0.20 | 53.00 |
| 12/07/17 | A D | Complete analysis ████████ ███████ and email to R. Hale and D. Ables forwarding same | 265.00 | 0.40 | 106.00 |
| 12/07/17 | NKM | Review and analyze ████ | 265.00 | 1.40 | 371.00 |
| 12/11/17 | A D | Review and exchange emails with ████ and ███████ regarding ████ | 265.00 | 0.20 | 53.00 |
| 12/11/17 | A D | Email to ████ regarding ████ | 265.00 | 0.20 | 53.00 |
| 12/11/17 | A D | Telephone call to ████ regarding ████ | 265.00 | 0.20 | 53.00 |
| 12/12/17 | A D | Travel to West Virginia and prepare for mediation | 265.00 | 6.40 | 1,696.00 |
| 12/13/17 | A D | Meet with T. Kimble and return travel from failed mediation | 265.00 | 5.30 | 1,404.50 |
| 12/21/17 | SAG | Begin drafting position statement | 265.00 | 0.20 | 53.00 |
| 12/22/17 | SAG | Continue drafting position statement | 265.00 | 2.30 | 609.50 |
| 01/16/18 | SAG | Begin drafting fact and analysis sections of EEOC position statement | 265.00 | 0.10 | 26.50 |
| 01/17/18 | SAG | Continue drafting fact and analysis sections of EEOC position statement | 265.00 | 3.30 | 874.50 |
| 01/26/18 | SAG | Continue drafting fact and analysis sections of EEOC position statement | 265.00 | 1.30 | 344.50 |
| | | TOTAL CURRENT FEES | | 22.30 | $ 5,909.50 |

**Vanguard Healthcare, LLC Employment Litigation**        **March 28, 2018**
**Haid, Janice v. Eldercare of Ripley**        **Bill No.  8464421**
Client/Matter:  2826155.000076        **Page 3 of 3**

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| A D | A Davis | 265.00 | 13.70 | 3,630.50 |
| NKM | N F Margello | 265.00 | 1.40 | 371.00 |
| SAG | S A Giles | 265.00 | 7.20 | 1,908.00 |
| | | TOTAL CURRENT FEES | 22.30 | $  5,909.50 |

## ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Travel Expenses VENDOR: Angie Davis; INVOICE#: 121217; DATE: 12/12/2017  -  Travel to West Virginia to meet with client and attend mediation of case; Charging Party failed to appear - mediation cancelled, 12/12 - 12/13/17 | 12/12/17 | 987.13 |
| | TOTAL CURRENT EXPENSES | $  987.13 |
| | TOTAL CURRENT AMOUNT DUE | $  6,896.63 |



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

Diane Booker
Director of HR
Vanguard Healthcare Services, LLC
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027

March 28, 2018
Bill No.8464421
Client/Matter: 2826155.000076

CTC

ML402211

**Client: Vanguard Healthcare, LLC Employment Litigation**
**Matter: Haid, Janice v. Eldercare of Ripley**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 5,909.50 |
| Current Expenses | $ | 987.13 |
| Total Current Amount | $ | 6,896.63 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4D



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)                                      March 28, 2018
Michele A. Gocking (magocking@vanguardhc.com)                      Bill No.8464422
Vanguard Healthcare Services, LLC                          Client/Matter: 2826155.000077
9020 Overlook Boulevard, Suite 202
Brentwood,  TN  37027                                                          CTC

ML402354

**Client:  Vanguard Healthcare, LLC Employment Litigation**
**Matter:  Lovvorn, Nicole  v. Vanguard Healthcare**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 636.00 |
| Total Current Amount | $ | 636.00 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/21/17 | EJR | Prepare ███████████ | 265.00 | 0.50 | 132.50 |
| 01/29/18 | A D | Review ███████████ and prepare response to demand from employee | 265.00 | 0.40 | 106.00 |
| 01/29/18 | A D | Review demand letter from N. Lovvorn | 265.00 | 0.20 | 53.00 |
| 01/29/18 | A D | Exchange emails with ██████ regarding ████████████████████ | 265.00 | 0.30 | 79.50 |
| 01/29/18 | A D | Review and exchange emails with █ regarding ████████████ | 265.00 | 0.20 | 53.00 |
| 01/29/18 | EJR | Review demand letter from N. Lovvorn ████████████ | 265.00 | 0.20 | 53.00 |
| 01/31/18 | A D | Review ████ and revise response letter to N. Lovvorn ████████████ | 265.00 | 0.30 | 79.50 |
| 01/31/18 | EJR | Draft response to N. Lovvorn's demand letter | 265.00 | 0.30 | 79.50 |
| | | TOTAL CURRENT FEES | | 2.40 | $   636.00 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| A D | A  Davis | 265.00 | 1.40 | 371.00 |
| EJR | E R Davis | 265.00 | 1.00 | 265.00 |
| | TOTAL CURRENT FEES | | 2.40 | $   636.00 |
| | TOTAL CURRENT AMOUNT DUE | | $ | 636.00 |



**BAKER DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC**

BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

---

# REMITTANCE

John Fick (jtfick@vanguardhc.com)                                    March 28, 2018
Michele A. Gocking (magocking@vanguardhc.com)                 Bill No.8464422
Vanguard Healthcare Services, LLC                   Client/Matter: 2826155.000077
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027                                                              CTC

ML402354

**Client: Vanguard Healthcare, LLC Employment Litigation**
**Matter: Lovvorn, Nicole v. Vanguard Healthcare**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 636.00 |
| Total Current Amount | $ | 636.00 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4E



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)                     March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)         Bill No.8464670
Vanguard Healthcare Services, LLC               Client/Matter: 2826155.000261
9020 Overlook Boulevard, Suite 202
Brentwood,  TN  37027                                              CTC

ML402479

**Client:  Vanguard Healthcare, LLC Employment Litigation**
**Matter:  Navarro, Ryan v. Eldercare of Jackson**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 7,977.50 |
| Total Current Amount | $ | 7,977.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/30/17 | SWF | Call with █████ regarding █████ | 265.00 | 0.20 | 53.00 |
| 12/08/17 | SWF | Review local counsel's email explaining next steps and respond to same | 265.00 | 0.20 | 53.00 |
| 12/11/17 | A D | Review and exchange emails regarding confirmation of assignment to Judge and status of pro hac | 265.00 | 0.20 | 53.00 |
| 12/11/17 | A D | Review and exchange emails with █████ regarding █████ | 265.00 | 0.20 | 53.00 |
| 12/11/17 | A D | Exchange additional emails with █████ regarding █████ | 265.00 | 0.20 | 53.00 |
| 12/11/17 | A D | Review and exchange emails with █████ and █████ regarding █████ | 265.00 | 0.30 | 79.50 |
| 12/12/17 | A D | Review and exchange emails regarding █████ | 265.00 | 0.20 | 53.00 |
| 12/12/17 | SWF | Call with local counsel regarding Answer | 265.00 | 0.20 | 53.00 |
| 12/13/17 | SWF | Review and revise Answer in preparation for filing same and draft emails to A. Davis and local counsel regarding same | 265.00 | 1.30 | 344.50 |
| 12/13/17 | SWF | Draft email to █████ and █████ regarding █████ | 265.00 | 0.20 | 53.00 |
| 12/14/17 | A D | Review and exchange emails with █████ regarding █████ | 265.00 | 0.60 | 159.00 |
| 12/14/17 | SWF | Revise and finalize Applications for admission pro hac vice | 265.00 | 0.60 | 159.00 |
| 12/14/17 | SWF | Review and revise Answer in light of local counsel's suggestions | 265.00 | 0.30 | 79.50 |

**Vanguard Healthcare, LLC Employment Litigation**     **March 29, 2018**
**Navarro, Ryan v. Eldercare of Jackson**          **Bill No. 8464670**
Client/Matter: 2826155.000261              **Page 3 of 6**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/15/17 | SWF | Begin reviewing documents produced by opposing counsel and creating index of same | 265.00 | 1.10 | 291.50 |
| 12/15/17 | KLH | Bates numbered documents received from Plaintiff's counsel | 125.00 | 0.70 | 87.50 |
| 12/19/17 | SWF | Review documents produced by opposing counsel, ███████ draft index of documents | 265.00 | 3.30 | 874.50 |
| 12/19/17 | SWF | Register with West Virginia bar and call with local counsel regarding admission | 265.00 | 0.60 | 159.00 |
| 12/20/17 | SWF | Draft status update | 265.00 | 0.20 | 53.00 |
| 12/21/17 | A D | Review and exchange emails with ███ regarding ███████ | 265.00 | 0.20 | 53.00 |
| 12/21/17 | KLH | Review of ███████ | 125.00 | 1.00 | 125.00 |
| 12/22/17 | SWF | Draft Eldercare's First Set of Interrogatories to Plaintiff and Eldercare's First Set of Requests for Production of Documents and Things to Plaintiff | 265.00 | 2.30 | 609.50 |
| 12/22/17 | KLH | Additional preparation of documents to be produced to opposing | 125.00 | 0.70 | 87.50 |
| 12/26/17 | A D | Review correspondence from Local Counsel and attached filed Motion for Admission Pro Hac | 265.00 | 0.20 | 53.00 |
| 12/27/17 | SWF | Finish drafting Eldercare's First Set of Interrogatories to Plaintiff and Eldercare's First Set of Requests for Production of Documents and Things to Plaintiff | 265.00 | 0.80 | 212.00 |
| 01/03/18 | A D | Review and exchange emails regarding setting of date for hearing on Motion to Dismiss | 265.00 | 0.20 | 53.00 |
| 01/03/18 | A D | Review correspondence from Court and Order Granting Pro Hac Admission | 265.00 | 0.20 | 53.00 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/08/18 | A D | Exchange emails with S. Fulgham regarding ███████ | 265.00 | 0.20 | 53.00 |
| 01/08/18 | A D | Telephone conference with J. DeRensis regarding ███████ | 265.00 | 0.50 | 132.50 |
| 01/08/18 | SWF | Begin reviewing documents in file and ███████ | 265.00 | 2.20 | 583.00 |
| 01/09/18 | SWF | Continue reviewing documents in file and drafting detailed timeline of events | 265.00 | 3.60 | 954.00 |
| 01/10/18 | A D | Review and exchange emails with ██ regarding ███████ | 265.00 | 0.30 | 79.50 |
| 01/10/18 | A D | Begin review of documents produced by Plaintiff's Counsel | 265.00 | 0.50 | 132.50 |
| 01/10/18 | SWF | Finish reviewing documents in file and ███████ | 265.00 | 0.80 | 212.00 |
| 01/10/18 | ARM | Bates label client documents in preparation for production | 125.00 | 1.00 | 125.00 |
| 01/16/18 | A D | Review correspondence from Court and attached discovery requests | 265.00 | 0.20 | 53.00 |
| 01/17/18 | A D | Review timeline and email to J. DeRensis regarding ███████ | 265.00 | 0.30 | 79.50 |
| 01/19/18 | SWF | Draft email to ████ regarding | 265.00 | 0.20 | 53.00 |
| 01/22/18 | A D | Draft ███████ | 265.00 | 0.30 | 79.50 |
| 01/22/18 | A D | Review and exchange additional emails with ████ and ████ regarding ███████ | 0.00 | 0.00 | 0.00 |
| 01/23/18 | A D | Review and exchange emails regarding ███████ | 265.00 | 0.30 | 79.50 |
| 01/23/18 | SWF | Calls and emails with ████ and ████ regarding ███████ | 265.00 | 0.40 | 106.00 |

**Vanguard Healthcare, LLC Employment Litigation**
**Navarro, Ryan v. Eldercare of Jackson**
Client/Matter: 2826155.000261

**March 29, 2018**
**Bill No. 8464670**
**Page 5 of 6**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|------------|-------|--------|
| 01/24/18 | A D | Review and exchange emails regarding ███████ | 265.00 | 0.20 | 53.00 |
| 01/25/18 | SWF | Call with ███ regarding ███████ | 265.00 | 0.40 | 106.00 |
| 01/25/18 | A D | Review and exchange emails with ███ regarding ███ | 265.00 | 0.20 | 53.00 |
| 01/30/18 | A D | Review and exchange emails with ███ and ███ regarding ███ | 265.00 | 0.30 | 79.50 |
| 01/30/18 | A D | Review and exchange additional emails with Counsel in preparation for Motion to Dismiss argument | 265.00 | 0.30 | 79.50 |
| 01/30/18 | A D | Review Reply to Motion to Dismiss | 265.00 | 0.40 | 106.00 |
| 01/30/18 | SWF | Calls with local counsel regarding ███ | 265.00 | 0.40 | 106.00 |
| 01/30/18 | SWF | Review Complaint, Motion to Dismiss, and Response to Motion to Dismiss, analyze ███████, and draft detailed email to A. Davis regarding same | 265.00 | 0.70 | 185.50 |
| 01/31/18 | SWF | Call with local counsel regarding oral argument on Motion to Dismiss and plan for same | 265.00 | 0.30 | 79.50 |
| 01/31/18 | SWF | Conduct research regarding ███ | 265.00 | 0.70 | 185.50 |
| 01/31/18 | A D | Complete review of Plaintiff's Response to Motion to Dismiss and email to Local Counsel forwarding facts and strategy related to Reply and Oral Argument | 265.00 | 0.60 | 159.00 |

**Vanguard Healthcare, LLC Employment Litigation**
**Navarro, Ryan v. Eldercare of Jackson**
Client/Matter:  2826155.000261

**March 29, 2018**
**Bill No.  8464670**
**Page 6 of 6**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/31/18 | A D | Telephone conference with Counsel regarding preparation for oral argument | 265.00 | 0.40 | 106.00 |
| | | TOTAL CURRENT FEES | | 31.90 | $ 7,977.50 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| A D | A  Davis | 265.00 | 7.50 | 1,987.50 |
| ARM | A  Morris | 125.00 | 1.00 | 125.00 |
| KLH | K L Hughes | 125.00 | 2.40 | 300.00 |
| SWF | S W Fulgham | 265.00 | 21.00 | 5,565.00 |
| | TOTAL CURRENT FEES | | 31.90 | $ 7,977.50 |

TOTAL CURRENT AMOUNT DUE  $  7,977.50



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

**TAX NO. 62-1047356**

www.bakerdonelson.com

# REMITTANCE

John Fick (jtfick@vanguardhc.com)                                  March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)          Bill No.8464670
Vanguard Healthcare Services, LLC                    Client/Matter: 2826155.000261
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027                                                        CTC

ML402479

**Client: Vanguard Healthcare, LLC Employment Litigation**
**Matter: Navarro, Ryan v. Eldercare of Jackson**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 7,977.50 |
| Total Current Amount | $ | 7,977.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4F



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)                                      March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)                    Bill No.8464611
Vanguard Healthcare, LLC                        Client/Matter: 2826155.000263
Six Cadillac Drive Suite 310
Brentwood,  TN  37027                                                    CTC

**Client:  Vanguard Healthcare, LLC Employment Litigation**
**Matter:  Jones, Regis v. Eldercare**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 185.50 |
| TOTAL AMOUNT DUE | $ | 185.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC Employment Litigation**
**Jones, Regis v. Eldercare**
Client/Matter:  2826155.000263

**March 29, 2018**
**Bill No.  8464611**
**Page 2 of 2**

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|:-----------:|:-----:|:------:|
| 01/08/18 | A D | Review and exchange emails with ███ and ████ regarding ██████ | 265.00 | 0.30 | 79.50 |
| 01/24/18 | A D | Exchange emails with ████ forwarding ████████ | 265.00 | 0.20 | 53.00 |
| 01/24/18 | A D | Review and exchange emails with ████ and ████ regarding ████ | 265.00 | 0.20 | 53.00 |
| | | TOTAL CURRENT FEES | | 0.70 | $ 185.50 |

**FEE RECAP**

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|:-----------:|:-----:|:------:|
| A D | A  Davis | 265.00 | 0.70 | 185.50 |
| | TOTAL CURRENT FEES | | 0.70 | $ 185.50 |
| | TOTAL CURRENT AMOUNT DUE | | | $ 185.50 |



**BAKER DONELSON**
**BEARMAN, CALDWELL**
**& BERKOWITZ, PC**

BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

---

# REMITTANCE

John Fick (jtfick@vanguardhc.com)                                    March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)                  Bill No.8464611
Vanguard Healthcare, LLC                          Client/Matter: 2826155.000263
Six Cadillac Drive Suite 310
Brentwood, TN 37027                                                          CTC

**Client: Vanguard Healthcare, LLC Employment Litigation**
**Matter: Jones, Regis v. Eldercare**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 185.50 |
| TOTAL AMOUNT DUE | $ | 185.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4G



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)            March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)      Bill No.8464604
Vanguard Healthcare Services, LLC      Client/Matter: 2826155.000262
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027           CTC

ML402714

**Client: Vanguard Healthcare, LLC Employment Litigation**
**Matter: Stewart, Karen /Whitehall**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 1,298.50 |
| Total Current Amount | $ | 1,298.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC Employment Litigation**
Stewart, Karen /Whitehall
Client/Matter:  2826155.000262

**March 29, 2018**
**Bill No.  8464604**
**Page 2 of 3**

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/14/17 | A D | Review email from ▮▮▮▮ regarding ▮▮▮▮ | 265.00 | 0.20 | 53.00 |
| 11/14/17 | A D | Exchange emails with ▮▮▮▮ regarding ▮▮▮▮ | 265.00 | 0.20 | 53.00 |
| 11/15/17 | A D | Exchange additional emails with ▮▮▮▮ and begin review ▮▮▮▮ | 265.00 | 0.30 | 79.50 |
| 11/15/17 | A D | Telephone call to C. Nodar regarding request for extension of time | 265.00 | 0.10 | 26.50 |
| 11/15/17 | A D | Review and exchange emails with ▮▮▮ regarding ▮▮▮▮ call to ▮▮▮ regarding same | 265.00 | 0.20 | 53.00 |
| 11/15/17 | A D | Review Charge of Discrimination and ▮▮▮▮ | 265.00 | 0.40 | 106.00 |
| 11/16/17 | A D | Review and exchange additional emails with ▮▮▮▮ and review ▮▮▮▮ in preparation for completion of draft position statement | 265.00 | 0.40 | 106.00 |
| 11/16/17 | A D | Review and exchange additional emails with ▮▮▮▮ regarding ▮▮▮▮ | 265.00 | 0.30 | 79.50 |
| 11/16/17 | A D | Telephone conference with ▮▮▮▮ | 265.00 | 0.50 | 132.50 |
| 11/16/17 | A D | Draft factual portion of position statement | 265.00 | 0.40 | 106.00 |
| 11/17/17 | A D | Review and exchange emails with EEOC Investigator and ▮▮▮▮ regarding status | 265.00 | 0.20 | 53.00 |
| 11/21/17 | A D | Review revised position statement and email to ▮▮▮ and ▮▮▮▮ | 265.00 | 0.30 | 79.50 |

**Vanguard Healthcare, LLC Employment Litigation**
**Stewart, Karen /Whitehall**
Client/Matter: 2826155.000262

**March 29, 2018**
**Bill No. 8464604**
**Page 3 of 3**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/21/17 | A D | Review, revise and edit position statement | 265.00 | 0.70 | 185.50 |
| 11/21/17 | A D | Exchange additional emails with ███ regarding ████ | 265.00 | 0.20 | 53.00 |
| 11/22/17 | A D | Email to ████ forwarding ████ | 265.00 | 0.20 | 53.00 |
| 01/08/18 | A D | Review and exchange emails with ███ and ████ regarding ████ | 265.00 | 0.30 | 79.50 |
| | | TOTAL CURRENT FEES | | 4.90 | $ 1,298.50 |

**FEE RECAP**

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| A D | A  Davis | 265.00 | 4.90 | 1,298.50 |
| | TOTAL CURRENT FEES | | 4.90 | $ 1,298.50 |

TOTAL CURRENT AMOUNT DUE  $  1,298.50



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

John Fick (jtfick@vanguardhc.com)
Michele A. Gocking (magocking@vanguardhc.com)
Vanguard Healthcare Services, LLC
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027

ML402714

March 29, 2018
Bill No.8464604
Client/Matter: 2826155.000262

CTC

**Client: Vanguard Healthcare, LLC Employment Litigation**
**Matter: Stewart, Karen /Whitehall**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 1,298.50 |
| Total Current Amount | $ | 1,298.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4H



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

John Fick (jtfick@vanguardhc.com)                         March 29, 2018
Michele A. Gocking (magocking@vanguardhc.com)              Bill No.8464605
Vanguard Healthcare, LLC                    Client/Matter: 2826155.000260
Six Cadillac Drive Suite 310
Brentwood, TN 37027                                              CTC

ML401703

**Client: Vanguard Healthcare, LLC Employment Litigation**
**Matter: Lowe, Stacey-Vanguard Healthcare, LLC**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 3,981.50 |
| Current Expenses | $ | 200.00 |
| Total Current Amount | $ | 4,181.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC Employment Litigation**
Lowe, Stacey-Vanguard Healthcare, LLC
Client/Matter: 2826155.000260

**March 29, 2018**
**Bill No. 8464605**
**Page 2 of 4**

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/03/17 | MAL | Review email from opposing counsel R. Carter rescheduling hearing to December 11th; respond to R. Carter agreeing to reschedule the hearing and not serve any discovery until after the hearing | 265.00 | 0.20 | 53.00 |
| 12/04/17 | MAL | Verify that opposing counsel has not filed a response to our motion to dismiss; verify that local rules do not require filing a response to the motion to dismiss | 265.00 | 0.30 | 79.50 |
| 12/07/17 | MAL | Review Plaintiff's response to the Motion to Dismiss | 265.00 | 0.80 | 212.00 |
| 12/07/17 | ALP | Prepare Notebook for Attorney B. Bodzy to use at the hearing on Defendant's Motion to Dismiss | 125.00 | 0.70 | 87.50 |
| 12/07/17 | ALP | Draft Proposed Order Granting Defendant's Motion to Dismiss | 125.00 | 0.20 | 25.00 |
| 12/10/17 | BHB | Prepare for hearing on Motion to Dismiss | 265.00 | 1.50 | 397.50 |
| 12/11/17 | A D | Review and exchange emails with ▮ and ▮ regarding ▮ | 265.00 | 0.30 | 79.50 |
| 12/11/17 | BHB | Email communication with ▮ | 265.00 | 0.30 | 79.50 |
| 12/11/17 | BHB | Appear at hearing on Motion to Dismiss in Manchester, TN | 265.00 | 2.80 | 742.00 |
| 12/13/17 | BHB | Email communication with ▮ re ▮ | 265.00 | 0.20 | 53.00 |
| 12/15/17 | BHB | Review ▮ | 265.00 | 0.70 | 185.50 |
| 12/15/17 | BHB | Email communication with ▮ and ▮ re ▮ | 265.00 | 0.50 | 132.50 |
| 01/05/18 | BHB | Update ▮ | 265.00 | 0.20 | 53.00 |
| 01/10/18 | MAL | Review Vanguard order and send same to B. Bodzy for further review | 265.00 | 0.30 | 79.50 |

**Vanguard Healthcare, LLC Employment Litigation**
**Lowe, Stacey-Vanguard Healthcare, LLC**
Client/Matter: 2826155.000260

**March 29, 2018**
**Bill No. 8464605**
**Page 3 of 4**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/11/18 | BHB | Review Order granting in part Motion to Dismiss | 265.00 | 0.30 | 79.50 |
| 01/19/18 | MAL | Review Plaintiff's First Amended Complaint | 265.00 | 0.40 | 106.00 |
| 01/19/18 | BHB | Review Plaintiff's First Amended Complaint | 265.00 | 0.30 | 79.50 |
| 01/23/18 | MAL | Outline Answer to Amended Complaint | 265.00 | 0.60 | 159.00 |
| 01/29/18 | MAL | Review ███ draft answer ███ | 265.00 | 3.00 | 795.00 |
| 01/31/18 | MAL | Review and make final edits to Answer; instruct L. Ridge to file the Answer by fax and send a copy to Plaintiff's counsel | 265.00 | 0.60 | 159.00 |
| 01/31/18 | BHB | Review and significantly edit Answer to Amended Complaint | 265.00 | 1.00 | 265.00 |
| 01/31/18 | BHB | Email communication with ███ re ███ | 265.00 | 0.30 | 79.50 |
| | | TOTAL CURRENT FEES | | 15.50 | $ 3,981.50 |

**FEE RECAP**

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| A D | A. Davis | 265.00 | 0.30 | 79.50 |
| ALP | A L Patton | 125.00 | 0.90 | 112.50 |
| BHB | B H Bodzy | 265.00 | 8.10 | 2,146.50 |
| MAL | A A Lumpkin | 265.00 | 6.20 | 1,643.00 |
| | TOTAL CURRENT FEES | | 15.50 | $ 3,981.50 |

**ITEMIZED EXPENSES**

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Professional Services Expense VENDOR: Katy Beres Melcher; INVOICE#: 8147; DATE: 12/18/2017  -  Motion to Dismiss in Manchester, TN | 12/18/17 | 200.00 |
| Postage | 01/31/18 | 0.00 |

TOTAL CURRENT EXPENSES  $  200.00

TOTAL CURRENT AMOUNT DUE  $  4,181.50



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

John Fick (jtfick@vanguardhc.com)
Michele A. Gocking (magocking@vanguardhc.com)
Vanguard Healthcare, LLC
Six Cadillac Drive Suite 310
Brentwood, TN 37027

March 29, 2018
Bill No.8464605
Client/Matter: 2826155.000260

CTC

ML401703

**Client:  Vanguard Healthcare, LLC Employment Litigation**
**Matter:  Lowe, Stacey-Vanguard Healthcare, LLC**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 3,981.50 |
| Current Expenses | $ | 200.00 |
| Total Current Amount | $ | 4,181.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

# EXHIBIT B-4I



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# SUMMARY

Diane Booker
Director of HR
Vanguard Healthcare Services, LLC
9020 Overlook Boulevard, Suite 202
Brentwood,  TN  37027

March 28, 2018
Bill No.8464423
Client/Matter:  2826155.000259

CTC

ML402386

**Client:  Vanguard Healthcare, LLC Employment Litigation**
**Matter:  Jonas, Melissa v. Vanguard Healthcare**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 4,478.50 |
| Current Expenses | $ | 12.48 |
| Total Current Amount | $ | 4,490.98 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

**Vanguard Healthcare, LLC Employment Litigation**
**Jonas, Melissa v. Vanguard Healthcare**
Client/Matter: 2826155.000259

**March 28, 2018**
**Bill No. 8464423**
**Page 2 of 4**

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/27/17 | A D | Telephone call to mediator confirming start time for mediation | 265.00 | 0.10 | 26.50 |
| 11/27/17 | A D | Review ██████████ in preparation for mediation | 265.00 | 0.80 | 212.00 |
| 11/28/17 | A D | Review and exchange emails with A. Martin and review confirmation of mediation | 265.00 | 0.20 | 53.00 |
| 11/28/17 | A D | Exchange emails with ██████ regarding ██████ | 265.00 | 0.20 | 53.00 |
| 11/28/17 | A D | Complete review █████ and draft ████████████ | 265.00 | 2.20 | 583.00 |
| 11/28/17 | A D | Exchange emails with █████ regarding ██████ | 265.00 | 0.20 | 53.00 |
| 11/29/17 | A D | Review and exchange emails with ████ regarding ██████████ | 265.00 | 0.20 | 53.00 |
| 11/29/17 | A D | Email to ████ and regarding ██████ | 265.00 | 0.10 | 26.50 |
| 11/30/17 | A D | Review and exchange emails with ████ regarding ██████████ | 265.00 | 0.10 | 26.50 |
| 11/30/17 | A D | Review and exchange emails regarding change in start time for mediation | 265.00 | 0.20 | 53.00 |
| 11/30/17 | A D | Telephone conference with █████ and ███████ regarding ██████████ | 265.00 | 0.60 | 159.00 |
| 11/30/17 | A D | Draft ███████ | 265.00 | 0.20 | 53.00 |
| 12/01/17 | A D | Travel to Nashville and attend mediation and return travel to Memphis | 265.00 | 11.00 | 2,915.00 |
| 12/04/17 | A D | Email to ████ and ████ forwarding ██████████ | 265.00 | 0.20 | 53.00 |

**Vanguard Healthcare, LLC Employment Litigation**
**Jonas, Melissa v. Vanguard Healthcare**
Client/Matter: 2826155.000259

**March 28, 2018**
Bill No. 8464423
**Page 3 of 4**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/05/17 | A D | Email to ███████ ████████ | 265.00 | 0.20 | 53.00 |
| 12/08/17 | A D | Review and exchange emails with ████ regarding ██████ | 265.00 | 0.20 | 53.00 |
| 12/11/17 | A D | Review and exchange emails regarding receipt of settlement checks and draft letter to M. Jonas enclosing same | 265.00 | 0.20 | 53.00 |
| | | TOTAL CURRENT FEES | | 16.90 | $ 4,478.50 |

### FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| A D | A Davis | 265.00 | 16.90 | 4,478.50 |
| | TOTAL CURRENT FEES | | 16.90 | $ 4,478.50 |

### ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Delivery Services/Messengers VENDOR: FedEx INVOICE#: 602618018 DATE: 12/15/2017 Tracking Number: 706669812068 | 12/11/17 | 12.48 |
| TOTAL CURRENT EXPENSES | | $ 12.48 |

TOTAL CURRENT AMOUNT DUE    $   4,490.98



BAKER DONELSON CENTER
SUITE 800
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

Diane Booker                                                March 28, 2018
Director of HR                                            Bill No. 8464423
Vanguard Healthcare Services, LLC        Client/Matter: 2826155.000259
9020 Overlook Boulevard, Suite 202
Brentwood, TN 37027                                              CTC

ML402386

**Client: Vanguard Healthcare, LLC Employment Litigation**
**Matter: Jonas, Melissa v. Vanguard Healthcare**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 4,478.50 |
| Current Expenses | $ | 12.48 |
| Total Current Amount | $ | 4,490.98 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**