_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/23/2018



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | } Chapter 11 |
| | } Case No. 16-03296 |
| VANGUARD HEALTHCARE, LLC, *et al.*,[1] | } Jointly Administered |
| | } Judge Mashburn |
| Debtors. | } |
| | } |

## ORDER GRANTING FINAL APPLICATION OF BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES

This matter came before the Court upon the Final Application of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. for allowance of fees and reimbursement of expenses as special litigation counsel for the Debtors. [Docket Entry No. 2398]. It appearing to the satisfaction of the Court that notice of the Application was provided pursuant to Local Rule 9013-1, and that there were no objections to the application; accordingly the Application should be granted, and it is

ORDERED as follows:

1. That the fees in the amount of $84,737.50 and expenses in the amount of $1,300.41 incurred by Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. during these

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Healthcare, LLC (9650); Vanguard Healthcare Services, LLC (7563); Vanguard Financial Services, LLC (3403); Aurora Australis, LLC (7099); Boulevard Terrace, LLC (8709); Elderscript Services, LLC (4179); Eldercare of Jackson County, LLC (7855); Glen Oaks, LLC (8238); Palace RBS, LLC (9601); Shady Lawn, LLC (7397); Vanguard of Ashland, LLC (8367); Vanguard of Church Hill, LLC (1049); Vanguard of Crestview, LLC (1046); Vanguard of Manchester, LLC (6203); Vanguard of Memphis, LLC (4623); Vanguard of Ripley, LLC (1050); Vicksburg Convalescent, LLC (7298); and Whitehall OpCo, LLC (6186).

Chapter 11 bankruptcy proceedings from November 26, 2017 through January 31, 2018, are hereby allowed as being reasonable compensation and actual, necessary services and expenses of the estates and thus payable as additional fees and expenses pursuant to 11 U.S.C. § 330.

2. That the aggregate of all fees and expenses of Baker Donelson incurred in connection with these jointly administered bankruptcy cases from the commencement of the cases on May 6, 2016 through the Effective Date of the Debtors' joint plan of reorganization on January 31, 2018 (including any fees and expenses that may have been incurred related to services for the benefit of Vanguard of Crestview and Vanguard of Memphis, which are no longer included in the Debtors' joint plan of reorganization) are hereby allowed pursuant to 11 U.S.C. § 330 in the aggregate amount of $1,210,091.43 for fees and $109,835.28 for expenses.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

*/s/ John H. Rowland*
John H. Rowland (BPR # 013944)
Jaime L. DeRensis (BPR # 029796)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5544 (telephone)
(615) 744-5544 (facsimile)
Email for ECF purposes:
businessbknash@bakerdonelson.com
Email for all other purposes:
jrowland@bakerdonelson.com

*Special Counsel for the Debtors*

## Certificate of Service

The undersigned hereby certifies that on the 22nd day of April, 2018, the foregoing document was automatically served via the Court's electronic filing system to those parties registered to receive electronic filings in this case.

*/s/ John H. Rowland*

```
This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.
```